**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIK PRIME, Individually and on behalf of and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, and JEREME M. SYLVAIN,<br><br>        Defendants. | Case No. 1:25-cv-08912-KPF<br><br><u>CLASS ACTION</u> |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, and SEAN CHRISTENSEN<br><br>        Defendants. | Case No. 1:25-cv-09370-KPF<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF UNION ASSET MANAGEMENT HOLDING AG**
**FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF**
**<u>LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS</u>**

PLEASE TAKE NOTICE that on January 21, 2026 at 11:00 a.m., before the Honorable Katherine Polk Failla, at the United States District Court for the Southern District of New York, located at 40 Foley Square, Courtroom 618, New York, New York, Union Asset Management Holding AG ("Union") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an order: (i) appointing Union as Lead Plaintiff; (ii) approving Union's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned, related securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (iv) granting any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Union believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Union believes that it has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the over $333.5 million in losses, as calculated on a last-in, first-out basis, that it incurred on its purchases of DexCom, Inc. securities between January 8, 2024 and September 17, 2025, inclusive. Union also satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Union is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation, which ensures effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Gerald H. Silk filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Union respectfully requests that the Court: (i) appoint Union as Lead Plaintiff; (ii) approve its selection of Bernstein Litowitz as Lead Counsel for the Class; (iii) consolidate the Related Actions pursuant to Rule 42(a); and (iv) grant any such further relief as the Court may deem just and proper.

Dated:  December 26, 2025

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ Gerald H. Silk*
Gerald H. Silk
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Proposed Lead Plaintiff Union
Asset Management Holding AG and Proposed
Lead Counsel for the Class*

2