UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK PRIME, Individually and on behalf of and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, and JEREME M. SYLVAIN,<br><br>        Defendants. | Case No. 1:25-cv-08912-KPF<br><br>CLASS ACTION |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, and SEAN CHRISTENSEN<br><br>        Defendants. | Case No. 1:25-cv-09370-KPF<br><br>CLASS ACTION |

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Gerald H. Silk, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I submit this declaration in support of the Motion of Union Asset Management Holding AG ("Union"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an order: (i) appointing Union as Lead Plaintiff; (ii) approving Union's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned, related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (iv) granting any such further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:  Certification of Union;

EXHIBIT B:  Chart of transactions and losses of Union;

EXHIBIT C:  Notice of pendency of *Oakland County Employees' Retirement System v. DexCom, Inc.*, No. 1:25-cv-09370 (S.D.N.Y.), published on November 10, 2025;

EXHIBIT D:  Notice of pendency of *Boston Retirement System v. DexCom, Inc.*, No. 3:25-cv-03284 (S.D. Cal.), published on November 25, 2025;

EXHIBIT E:  Declarations of Assignment; and

EXHIBIT F:  Firm résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of December 2025.

/s/ Gerald H. Silk
Gerald H. Silk