# EXHIBIT A

## CERTIFICATION PURSUANT TO
## <u>THE FEDERAL SECURITIES LAWS</u>

The undersigned, Jochen Riechwald and Julia Luther, on behalf of Union Asset Management Holding AG ("Union"), on account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint filed in this matter.

2. We are duly authorized to institute legal action on behalf of Union and the Funds, including litigation against DexCom, Inc. and any other defendants, and file this motion for appointment of Union as lead plaintiff.

3. The Funds did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. Union is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Union fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5. The Funds' transactions in the DexCom, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

6. Union is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Oklahoma Firefighters Pension and Retirement System v. Fortinet, Inc.*, No. 25-cv-8037 (N.D. Cal.)

7. Union has sought to serve as lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but was not appointed lead plaintiff:[1]

*California Public Employees' Retirement System v. UnitedHealth Group Incorporated*, No. 24-cv-1743 (D. Minn.)

---

[1] One of the entities that assigned its claims arising from investments in DexCom, Inc. to Union, Union Investment Luxembourg S.A., sought appointment as lead plaintiff in *City of Coral Springs Police Officers' Pension Plan v. Apple Inc.*, No. 25-cv-6252 (N.D. Cal.) but was not appointed lead plaintiff.

8. Union will not accept any payment for serving as a representative party on behalf of the class beyond Union's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 17 day of December, 2025.

For Union Asset Management Holding AG:

Signiert von:

*Jochen Riechwald*

AD32C3FA7A2A4B9...

Jochen Riechwald
Assistant General Counsel

Signiert von:

*Julia Luther*

9C7B67150CA647D...

Julia Luther
Senior Legal Counsel

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGlobal Vorsorge | Purchase | 1/9/2024 | 148,356 | 130.2149 |
| UniGlobal Vorsorge | Purchase | 1/11/2024 | 153,750 | 128.8511 |
| UniGlobal Vorsorge | Purchase | 1/12/2024 | 147,804 | 125.7308 |
| UniGlobal Vorsorge | Purchase | 1/16/2024 | 119,910 | 124.0671 |
| UniGlobal Vorsorge | Purchase | 1/18/2024 | 72,018 | 126.8124 |
| UniGlobal Vorsorge | Purchase | 1/19/2024 | 41,443 | 125.9158 |
| UniGlobal Vorsorge | Purchase | 1/22/2024 | 86,338 | 129.4418 |
| UniGlobal Vorsorge | Purchase | 2/9/2024 | 98,015 | 123.0639 |
| UniGlobal Vorsorge | Purchase | 2/9/2024 | 66,255 | 122.4146 |
| UniGlobal Vorsorge | Purchase | 2/12/2024 | 90,476 | 119.1121 |
| UniGlobal Vorsorge | Purchase | 2/20/2024 | 32,881 | 118.6334 |
| UniGlobal Vorsorge | Purchase | 3/4/2024 | 83,307 | 122.1035 |
| UniGlobal Vorsorge | Purchase | 3/6/2024 | 91,695 | 126.0682 |
| UniGlobal Vorsorge | Purchase | 3/6/2024 | 128,810 | 131.6036 |
| UniGlobal Vorsorge | Purchase | 3/8/2024 | 55,931 | 134.9176 |
| UniGlobal Vorsorge | Purchase | 3/11/2024 | 12,180 | 134.8014 |
| UniGlobal Vorsorge | Purchase | 3/25/2024 | 44,117 | 139.5990 |
| UniGlobal Vorsorge | Purchase | 4/26/2024 | 12,386 | 131.8279 |
| UniGlobal Vorsorge | Purchase | 4/26/2024 | 164,918 | 129.5406 |
| UniGlobal Vorsorge | Sale | 7/19/2024 | (146,757) | 111.3078 |
| UniGlobal Vorsorge | Sale | 7/22/2024 | (54,528) | 111.5750 |
| UniGlobal Vorsorge | Sale | 7/22/2024 | (1,520) | 112.0044 |
| UniGlobal Vorsorge | Sale | 7/23/2024 | (102,105) | 112.4907 |
| UniGlobal Vorsorge | Sale | 7/23/2024 | (98,857) | 112.3328 |
| UniGlobal Vorsorge | Sale | 7/24/2024 | (81,485) | 111.8724 |
| UniGlobal Vorsorge | Sale | 7/26/2024 | (1,165,338) | 63.8185 |
| UniGlobal | Purchase | 1/9/2024 | 126,081 | 130.2149 |
| UniGlobal | Purchase | 1/11/2024 | 130,747 | 128.8511 |
| UniGlobal | Purchase | 1/12/2024 | 125,810 | 125.7308 |
| UniGlobal | Purchase | 1/16/2024 | 102,065 | 124.0671 |
| UniGlobal | Purchase | 1/18/2024 | 61,390 | 126.8124 |
| UniGlobal | Purchase | 1/19/2024 | 35,313 | 125.9158 |
| UniGlobal | Purchase | 1/22/2024 | 73,569 | 129.4418 |
| UniGlobal | Purchase | 2/9/2024 | 83,671 | 123.0639 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniGlobal | Purchase | 2/9/2024 | 56,559 | 122.4146 |
| UniGlobal | Purchase | 2/12/2024 | 77,313 | 119.1121 |
| UniGlobal | Purchase | 2/20/2024 | 28,149 | 118.6334 |
| UniGlobal | Purchase | 3/4/2024 | 71,040 | 122.1035 |
| UniGlobal | Purchase | 3/6/2024 | 78,348 | 126.0682 |
| UniGlobal | Purchase | 3/6/2024 | 110,061 | 131.6036 |
| UniGlobal | Purchase | 3/8/2024 | 47,732 | 134.9176 |
| UniGlobal | Purchase | 3/11/2024 | 10,395 | 134.8014 |
| UniGlobal | Purchase | 3/25/2024 | 37,802 | 139.5990 |
| UniGlobal | Purchase | 4/26/2024 | 11,098 | 131.8279 |
| UniGlobal | Purchase | 4/26/2024 | 147,769 | 129.5406 |
| | | | | |
| UniGlobal | Sale | 7/19/2024 | (127,199) | 111.3078 |
| UniGlobal | Sale | 7/22/2024 | (47,260) | 111.5750 |
| UniGlobal | Sale | 7/22/2024 | (1,318) | 112.0044 |
| UniGlobal | Sale | 7/23/2024 | (88,497) | 112.4907 |
| UniGlobal | Sale | 7/23/2024 | (85,682) | 112.3328 |
| UniGlobal | Sale | 7/24/2024 | (70,626) | 111.8724 |
| UniGlobal | Sale | 7/26/2024 | (994,330) | 63.8185 |
| | | | | |
| UniNachhaltig Aktien Global | Purchase | 3/7/2024 | 355,218 | 134.0822 |
| UniNachhaltig Aktien Global | Purchase | 3/8/2024 | 118,212 | 134.9176 |
| UniNachhaltig Aktien Global | Purchase | 3/11/2024 | 25,742 | 134.8014 |
| | | | | |
| UniNachhaltig Aktien Global | Sale | 7/26/2024 | (251,673) | 63.8185 |
| UniNachhaltig Aktien Global | Sale | 7/31/2024 | (104,669) | 68.1055 |
| UniNachhaltig Aktien Global | Sale | 8/1/2024 | (142,830) | 69.5400 |
| | | | | |
| UniRak | Purchase | 4/2/2024 | 169,347 | 136.5568 |
| UniRak | Purchase | 4/3/2024 | 196,659 | 138.8311 |
| UniRak | Purchase | 6/5/2024 | 100,794 | 119.3112 |
| | | | | |
| UniRak | Sale | 7/26/2024 | (466,800) | 63.8185 |
| | | | | |
| UniGlobal-net- | Purchase | 1/9/2024 | 57,823 | 130.2149 |
| UniGlobal-net- | Purchase | 1/11/2024 | 59,919 | 128.8511 |
| UniGlobal-net- | Purchase | 1/12/2024 | 57,685 | 125.7308 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniGlobal-net- | Purchase | 1/16/2024 | 46,798 | 124.0671 |
| UniGlobal-net- | Purchase | 1/18/2024 | 28,156 | 126.8124 |
| UniGlobal-net- | Purchase | 1/19/2024 | 16,201 | 125.9158 |
| UniGlobal-net- | Purchase | 1/22/2024 | 33,750 | 129.4418 |
| UniGlobal-net- | Purchase | 2/9/2024 | 38,478 | 123.0639 |
| UniGlobal-net- | Purchase | 2/9/2024 | 26,010 | 122.4146 |
| UniGlobal-net- | Purchase | 2/12/2024 | 35,507 | 119.1121 |
| UniGlobal-net- | Purchase | 2/20/2024 | 12,945 | 118.6334 |
| UniGlobal-net- | Purchase | 3/4/2024 | 32,708 | 122.1035 |
| UniGlobal-net- | Purchase | 3/6/2024 | 36,193 | 126.0682 |
| UniGlobal-net- | Purchase | 3/6/2024 | 50,843 | 131.6036 |
| UniGlobal-net- | Purchase | 3/8/2024 | 22,054 | 134.9176 |
| UniGlobal-net- | Purchase | 3/11/2024 | 4,803 | 134.8014 |
| UniGlobal-net- | Purchase | 3/25/2024 | 17,464 | 139.5990 |
| UniGlobal-net- | Purchase | 4/26/2024 | 5,659 | 131.8279 |
| UniGlobal-net- | Purchase | 4/26/2024 | 75,346 | 129.5406 |
| UniGlobal-net- | Sale | 7/19/2024 | (60,117) | 111.3078 |
| UniGlobal-net- | Sale | 7/22/2024 | (22,336) | 111.5750 |
| UniGlobal-net- | Sale | 7/22/2024 | (623) | 112.0044 |
| UniGlobal-net- | Sale | 7/23/2024 | (41,826) | 112.4907 |
| UniGlobal-net- | Sale | 7/23/2024 | (40,495) | 112.3328 |
| UniGlobal-net- | Sale | 7/24/2024 | (33,380) | 111.8724 |
| UniGlobal-net- | Sale | 7/26/2024 | (459,565) | 63.8185 |
| UniRak Nachhaltig | Purchase | 3/19/2024 | 124,968 | 133.6809 |
| UniRak Nachhaltig | Purchase | 3/21/2024 | 67,675 | 134.2746 |
| UniRak Nachhaltig | Purchase | 3/25/2024 | 89,057 | 137.5837 |
| UniRak Nachhaltig | Sale | 7/26/2024 | (135,295) | 63.8185 |
| UniRak Nachhaltig | Sale | 7/31/2024 | (30,566) | 69.6553 |
| UniRak Nachhaltig | Sale | 7/31/2024 | (56,383) | 68.1055 |
| UniRak Nachhaltig | Sale | 7/31/2024 | (6,296) | 69.6545 |
| UniRak Nachhaltig | Sale | 7/31/2024 | (23,984) | 70.3955 |
| UniRak Nachhaltig | Sale | 7/31/2024 | (10,494) | 70.0436 |
| UniRak Nachhaltig | Sale | 8/1/2024 | (18,682) | 69.5400 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniRak Nachhaltig Konservativ | Purchase | 3/19/2024 | 117,470 | 133.6809 |
| UniRak Nachhaltig Konservativ | Purchase | 3/21/2024 | 63,354 | 134.2746 |
| UniRak Nachhaltig Konservativ | Purchase | 3/26/2024 | 92,808 | 140.6897 |
| UniRak Nachhaltig Konservativ | Sale | 7/26/2024 | (121,044) | 63.8185 |
| UniRak Nachhaltig Konservativ | Sale | 7/31/2024 | (36,644) | 69.6553 |
| UniRak Nachhaltig Konservativ | Sale | 7/31/2024 | (50,324) | 68.1055 |
| UniRak Nachhaltig Konservativ | Sale | 7/31/2024 | (7,548) | 69.6545 |
| UniRak Nachhaltig Konservativ | Sale | 7/31/2024 | (28,754) | 70.3955 |
| UniRak Nachhaltig Konservativ | Sale | 7/31/2024 | (12,581) | 70.0436 |
| UniRak Nachhaltig Konservativ | Sale | 8/1/2024 | (16,737) | 69.5400 |
| UniIndustrie 4.0 | Purchase | 3/7/2024 | 72,000 | 135.6092 |
| UniIndustrie 4.0 | Purchase | 3/21/2024 | 10,000 | 133.6013 |
| UniIndustrie 4.0 | Purchase | 6/18/2024 | 19,861 | 116.9290 |
| UniIndustrie 4.0 | Sale | 7/26/2024 | (101,861) | 63.8185 |
| UniRak Konservativ | Purchase | 3/28/2024 | 59,819 | 140.1300 |
| UniRak Konservativ | Purchase | 6/5/2024 | 16,781 | 119.3112 |
| UniRak Konservativ | Sale | 7/26/2024 | (76,600) | 63.8185 |
| UniSector: BioPharma | Purchase | 1/16/2024 | 32,090 | 123.8217 |
| UniSector: BioPharma | Purchase | 2/9/2024 | 18,391 | 122.4146 |
| UniSector: BioPharma | Purchase | 3/12/2024 | 11,257 | 134.7242 |
| UniSector: BioPharma | Purchase | 7/17/2024 | 16,750 | 116.3915 |
| UniSector: BioPharma | Sale | 7/26/2024 | (35,924) | 63.8185 |
| UniSector: BioPharma | Sale | 7/30/2024 | (126,240) | 69.0214 |
| Uni21.Jahrhundert -net- | Purchase | 1/9/2024 | 29,565 | 131.4035 |
| Uni21.Jahrhundert -net- | Purchase | 2/13/2024 | 5,015 | 118.7189 |
| Uni21.Jahrhundert -net- | Purchase | 3/7/2024 | 22,071 | 135.6092 |
| Uni21.Jahrhundert -net- | Sale | 7/26/2024 | (56,651) | 63.8185 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| UniMarktführer | Purchase | 4/26/2024 | 42,581 | 135.4025 |
| UniMarktführer | Purchase | 5/2/2024 | 10,012 | 126.8084 |
| UniMarktführer | Sale | 7/26/2024 | (52,593) | 63.8185 |
| UniGlobal II | Purchase | 1/9/2024 | 4,953 | 130.2149 |
| UniGlobal II | Purchase | 1/11/2024 | 5,184 | 128.8511 |
| UniGlobal II | Purchase | 1/12/2024 | 5,005 | 125.7308 |
| UniGlobal II | Purchase | 1/16/2024 | 4,060 | 124.0671 |
| UniGlobal II | Purchase | 1/18/2024 | 2,432 | 126.8124 |
| UniGlobal II | Purchase | 1/19/2024 | 1,396 | 125.9158 |
| UniGlobal II | Purchase | 1/22/2024 | 2,920 | 129.4418 |
| UniGlobal II | Purchase | 2/9/2024 | 3,463 | 123.0639 |
| UniGlobal II | Purchase | 2/9/2024 | 2,341 | 122.4146 |
| UniGlobal II | Purchase | 2/12/2024 | 3,204 | 119.1121 |
| UniGlobal II | Purchase | 2/20/2024 | 1,181 | 118.6334 |
| UniGlobal II | Purchase | 2/23/2024 | 3,013 | 116.5243 |
| UniGlobal II | Purchase | 3/4/2024 | 3,071 | 122.1035 |
| UniGlobal II | Purchase | 3/6/2024 | 3,394 | 126.0682 |
| UniGlobal II | Purchase | 3/6/2024 | 4,767 | 131.6036 |
| UniGlobal II | Purchase | 3/8/2024 | 2,068 | 134.9176 |
| UniGlobal II | Purchase | 3/11/2024 | 450 | 134.8014 |
| UniGlobal II | Purchase | 3/25/2024 | 1,625 | 139.5990 |
| UniGlobal II | Purchase | 4/26/2024 | 453 | 131.8279 |
| UniGlobal II | Purchase | 4/26/2024 | 6,035 | 129.5406 |
| UniGlobal II | Sale | 7/19/2024 | (4,606) | 111.3078 |
| UniGlobal II | Sale | 7/22/2024 | (1,712) | 111.5750 |
| UniGlobal II | Sale | 7/22/2024 | (48) | 112.0044 |
| UniGlobal II | Sale | 7/23/2024 | (3,205) | 112.4907 |
| UniGlobal II | Sale | 7/23/2024 | (3,103) | 112.3328 |
| UniGlobal II | Sale | 7/24/2024 | (2,557) | 111.8724 |
| UniGlobal II | Sale | 7/26/2024 | (45,784) | 63.8185 |
| VBWL Spezialfonds | Purchase | 3/21/2024 | 28,000 | 135.6478 |
| VBWL Spezialfonds | Purchase | 4/18/2024 | 8,000 | 135.7498 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|------|-------------|------|--------|-------|
| Invest Global | Purchase | 1/9/2024 | 4,287 | 130.2149 |
| Invest Global | Purchase | 1/11/2024 | 4,439 | 128.8511 |
| Invest Global | Purchase | 1/12/2024 | 4,269 | 125.7308 |
| Invest Global | Purchase | 1/16/2024 | 3,463 | 124.0671 |
| Invest Global | Purchase | 1/18/2024 | 2,076 | 126.8124 |
| Invest Global | Purchase | 1/19/2024 | 1,195 | 125.9158 |
| Invest Global | Purchase | 1/22/2024 | 2,487 | 129.4418 |
| Invest Global | Purchase | 2/9/2024 | 2,803 | 123.0639 |
| Invest Global | Purchase | 2/9/2024 | 1,895 | 122.4146 |
| Invest Global | Purchase | 2/12/2024 | 2,586 | 119.1121 |
| Invest Global | Purchase | 2/20/2024 | 939 | 118.6334 |
| Invest Global | Purchase | 3/4/2024 | 2,364 | 122.1035 |
| Invest Global | Purchase | 3/6/2024 | 2,599 | 126.0682 |
| Invest Global | Purchase | 3/6/2024 | 3,651 | 131.6036 |
| Invest Global | Purchase | 3/8/2024 | 1,584 | 134.9176 |
| Invest Global | Purchase | 3/11/2024 | 345 | 134.8014 |
| Invest Global | Purchase | 3/25/2024 | 1,247 | 139.5990 |
| Invest Global | Purchase | 4/26/2024 | 288 | 131.8279 |
| Invest Global | Purchase | 4/26/2024 | 3,834 | 129.5406 |
| Invest Global | Sale | 7/19/2024 | (4,054) | 111.3078 |
| Invest Global | Sale | 7/22/2024 | (1,506) | 111.5750 |
| Invest Global | Sale | 7/22/2024 | (42) | 112.0044 |
| Invest Global | Sale | 7/23/2024 | (2,820) | 112.4907 |
| Invest Global | Sale | 7/23/2024 | (2,730) | 112.3328 |
| Invest Global | Sale | 7/24/2024 | (2,251) | 111.8724 |
| Invest Global | Sale | 7/26/2024 | (32,948) | 63.8185 |
| UniSector: HighTech | Purchase | 7/25/2025 | 150,000 | 87.9834 |
| UniSector: HighTech | Sale | 8/28/2025 | (150,000) | 74.8055 |
| UniDynamicFonds: Global | Purchase | 6/7/2024 | 41,583 | 115.1207 |
| UniDynamicFonds: Global | Sale | 7/30/2024 | (41,583) | 69.0831 |
| PrivatFonds: Kontrolliert | Purchase | 3/22/2024 | 29,018 | 133.7216 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| PrivatFonds: Kontrolliert | Sale | 9/25/2024 | (29,018) | 67.9769 |
| UniInstitutional Global Equities Concentrated | Purchase | 3/8/2024 | 21,330 | 134.9176 |
| UniInstitutional Global Equities Concentrated | Purchase | 3/11/2024 | 4,645 | 134.8014 |
| UniInstitutional Global Equities Concentrated | Sale | 7/26/2024 | (25,975) | 63.8185 |
| KCD-Union Nachhaltig AKTIEN | Purchase | 7/10/2024 | 24,270 | 110.1651 |
| KCD-Union Nachhaltig AKTIEN | Sale | 8/23/2024 | (24,270) | 72.6212 |
| MKD-Union-Fonds | Purchase | 3/7/2024 | 7,542 | 134.0822 |
| MKD-Union-Fonds | Purchase | 3/8/2024 | 2,510 | 134.9176 |
| MKD-Union-Fonds | Purchase | 3/11/2024 | 546 | 134.8014 |
| MKD-Union-Fonds | Sale | 7/26/2024 | (5,047) | 63.8185 |
| MKD-Union-Fonds | Sale | 7/31/2024 | (2,115) | 68.1055 |
| MKD-Union-Fonds | Sale | 8/1/2024 | (3,436) | 69.5400 |
| PrivatFonds: Nachhaltig | Purchase | 2/6/2024 | 4,293 | 121.8887 |
| PrivatFonds: Nachhaltig | Purchase | 3/15/2024 | 4,472 | 130.7900 |
| PrivatFonds: Nachhaltig | Sale | 8/23/2024 | (8,765) | 72.6212 |
| DEVIF-Fonds Nr. 76 | Purchase | 5/8/2024 | 5,861 | 130.0004 |
| DEVIF-Fonds Nr. 76 | Sale | 7/26/2024 | (5,861) | 66.0275 |
| UniNordamerika XS | Purchase | 6/6/2024 | 6,324 | 116.2384 |
| UniNordamerika XS | Sale | 7/30/2024 | (6,324) | 69.9620 |
| VR Mainfranken Nachhaltig | Purchase | 4/11/2024 | 3,500 | 139.6200 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| VR Mainfranken Nachhaltig | Sale | 9/17/2024 | (3,500) | 68.9400 |
| UIN-Fonds Nr. 759 | Purchase | 3/28/2024 | 4,500 | 139.9329 |
| UIN-Fonds Nr. 759 | Sale | 6/11/2024 | (1,000) | 116.8806 |
| UIN-Fonds Nr. 759 | Sale | 7/9/2024 | (522) | 110.8410 |
| UIN-Fonds Nr. 759 | Sale | 8/8/2024 | (2,978) | 71.5398 |
| UIN-Fonds Nr. 982 | Purchase | 7/2/2024 | 3,320 | 111.9270 |
| UIN-Fonds Nr. 982 | Purchase | 12/18/2024 | 1,440 | 76.9144 |
| UIN-Fonds Nr. 982 | Purchase | 2/24/2025 | 1,540 | 90.0211 |
| UIN-Fonds Nr. 982 | Purchase | 3/3/2025 | 350 | 86.8845 |
| DEVIF-Fonds Nr. 38 | Purchase | 6/14/2024 | 4,259 | 115.5082 |
| DEVIF-Fonds Nr. 38 | Sale | 7/31/2024 | (2,077) | 69.5500 |
| DEVIF-Fonds Nr. 38 | Sale | 9/11/2024 | (2,182) | 68.1871 |
| KinderZukunftsFonds | Purchase | 3/8/2024 | 2,000 | 134.0043 |
| KinderZukunftsFonds | Purchase | 3/13/2024 | 1,000 | 136.1000 |
| KinderZukunftsFonds | Sale | 8/22/2024 | (3,000) | 73.6499 |
| DEVIF-Fonds Nr. 74 | Purchase | 4/25/2024 | 2,370 | 138.9289 |
| DEVIF-Fonds Nr. 74 | Sale | 9/20/2024 | (2,370) | 71.3292 |
| DEVIF-Fonds Nr. 67 | Purchase | 5/3/2024 | 2,200 | 127.9011 |
| DEVIF-Fonds Nr. 67 | Purchase | 7/12/2024 | 500 | 112.6500 |
| DEVIF-Fonds Nr. 67 | Sale | 7/30/2024 | (2,700) | 69.0307 |
| UIN-Fonds Nr. 1095 | Purchase | 3/11/2024 | 2,000 | 134.6727 |
| UIN-Fonds Nr. 1095 | Sale | 8/2/2024 | (2,000) | 69.2000 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniThemen Aktien | Purchase | 3/8/2024 | 1,837 | 134.0000 |
| UniThemen Aktien | Sale | 7/26/2024 | (1,837) | 66.0000 |
| DEVIF-Fonds Nr. 35 | Purchase | 3/26/2024 | 1,565 | 140.9218 |
| DEVIF-Fonds Nr. 35 | Sale | 9/11/2024 | (1,565) | 68.2252 |
| DEVIF-Fonds Nr. 487 NordFonds | Purchase | 5/2/2024 | 1,700 | 127.2975 |
| DEVIF-Fonds Nr. 487 NordFonds | Purchase | 7/12/2024 | 300 | 112.6500 |
| DEVIF-Fonds Nr. 487 NordFonds | Sale | 7/30/2024 | (2,000) | 69.0307 |
| SV-Union-Fonds | Purchase | 3/8/2024 | 1,600 | 134.0000 |
| SV-Union-Fonds | Sale | 8/14/2024 | (1,600) | 70.4000 |
| DEVIF-Fonds Nr. 278 | Purchase | 3/26/2024 | 4,200 | 140.3368 |
| DEVIF-Fonds Nr. 278 | Sale | 6/24/2024 | (4,200) | 116.1720 |
| UIN-Fonds Nr. 727 | Purchase | 3/28/2024 | 1,300 | 139.9329 |
| UIN-Fonds Nr. 727 | Purchase | 7/8/2024 | 323 | 111.4642 |
| UIN-Fonds Nr. 727 | Sale | 6/28/2024 | (638) | 113.6140 |
| UIN-Fonds Nr. 727 | Sale | 8/8/2024 | (985) | 71.5398 |
| DEVIF-Fonds Nr. 422 | Purchase | 1/23/2024 | 669 | 126.9094 |
| DEVIF-Fonds Nr. 422 | Purchase | 3/27/2024 | 581 | 139.0688 |
| DEVIF-Fonds Nr. 422 | Sale | 8/16/2024 | (1,250) | 72.8870 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 2/6/2024 | 740 | 121.8887 |
| Werte Fonds Münsterland Nachhaltig | Purchase | 3/15/2024 | 644 | 130.7900 |
| Werte Fonds Münsterland Nachhaltig | Sale | 8/26/2024 | (1,384) | 73.6600 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| TraditionsFonds 1872 | Purchase | 4/11/2024 | 875 | 139.6200 |
| TraditionsFonds 1872 | Sale | 9/17/2024 | (875) | 68.9400 |
| BVK 3 | Purchase | 1/31/2024 | 597 | 121.0645 |
| BVK 3 | Purchase | 2/21/2024 | 206 | 117.6887 |
| BVK 3 | Purchase | 7/2/2024 | 350 | 111.7612 |
| BVK 3 | Sale | 8/13/2024 | (1,153) | 71.5031 |
| UniMultiAsset Chance II Nachhaltig | Purchase | 2/6/2024 | 458 | 121.8887 |
| UniMultiAsset Chance II Nachhaltig | Purchase | 3/15/2024 | 510 | 130.7900 |
| UniMultiAsset Chance II Nachhaltig | Sale | 8/23/2024 | (968) | 72.6212 |
| UIN-Fonds Nr. 798 | Purchase | 3/22/2024 | 800 | 133.4100 |
| UIN-Fonds Nr. 798 | Sale | 8/14/2024 | (800) | 70.4000 |
| UIN-Fonds Nr. 950 | Purchase | 3/22/2024 | 800 | 133.4100 |
| UIN-Fonds Nr. 950 | Sale | 8/14/2024 | (800) | 70.4000 |
| UIN-Fonds Nr. 970 | Purchase | 3/25/2024 | 920 | 133.3900 |
| UIN-Fonds Nr. 970 | Sale | 7/5/2024 | (220) | 112.2700 |
| UIN-Fonds Nr. 970 | Sale | 9/25/2024 | (700) | 68.6100 |
| Demografiefonds | Purchase | 3/28/2024 | 700 | 139.9329 |
| Demografiefonds | Sale | 8/8/2024 | (700) | 71.5398 |
| DEVIF-Fonds Nr. 89 | Purchase | 3/21/2024 | 550 | 133.4800 |
| DEVIF-Fonds Nr. 89 | Sale | 8/12/2024 | (550) | 69.5800 |
| UniMultiAsset Chance III Nachhaltig | Purchase | 2/6/2024 | 296 | 121.8887 |

## Schedule A

### Union Asset Management Holding AG
### Transactions in DexCom, Inc.

| Fund | Transaction | Date | Shares | Price |
|---|---|---|---|---|
| UniMultiAsset Chance III Nachhaltig | Purchase | 3/15/2024 | 330 | 130.7900 |
| UniMultiAsset Chance III Nachhaltig | Sale | 8/23/2024 | (626) | 72.6212 |
| UniMultiAsset Chance I Nachhaltig | Purchase | 2/6/2024 | 306 | 121.8887 |
| UniMultiAsset Chance I Nachhaltig | Purchase | 3/15/2024 | 311 | 130.7900 |
| UniMultiAsset Chance I Nachhaltig | Sale | 8/23/2024 | (617) | 72.6212 |
| DEVIF-Fonds Nr. 349 | Purchase | 4/18/2024 | 500 | 134.3600 |
| DEVIF-Fonds Nr. 349 | Sale | 8/14/2024 | (500) | 70.4000 |
| BBBank Nachhaltigkeit Union | Purchase | 3/8/2024 | 400 | 134.0000 |
| BBBank Nachhaltigkeit Union | Sale | 8/22/2024 | (400) | 73.6700 |
| LIGA Portfolio Concept | Purchase | 11/19/2024 | 1,995 | 74.8800 |
| LIGA Portfolio Concept | Sale | 3/28/2025 | (1,995) | 69.5000 |
| LIGA Multi Asset Income | Purchase | 11/19/2024 | 1,680 | 74.8800 |
| LIGA Multi Asset Income | Sale | 3/28/2025 | (1,680) | 69.5000 |
| UIN-Fonds Nr. 1035 | Purchase | 7/30/2024 | 694 | 68.5400 |
| UIN-Fonds Nr. 1035 | Sale | 9/10/2024 | (694) | 68.4809 |