# EXHIBIT B

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniGlobal Vorsorge** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/9/2024 | 148,356 | 130.2149 | $19,318,161.70 | | | | | |
| Purchase | 1/11/2024 | 153,750 | 128.8511 | $19,810,856.63 | | | | | |
| Purchase | 1/12/2024 | 147,804 | 125.7308 | $18,583,515.16 | | | | | |
| Purchase | 1/16/2024 | 119,910 | 124.0671 | $14,876,885.96 | | | | | |
| Purchase | 1/18/2024 | 72,018 | 126.8124 | $9,132,775.42 | | | | | |
| Purchase | 1/19/2024 | 41,443 | 125.9158 | $5,218,328.50 | | | | | |
| Purchase | 1/22/2024 | 86,338 | 129.4418 | $11,175,746.13 | | | | | |
| Purchase | 2/9/2024 | 98,015 | 123.0639 | $12,062,108.16 | | | | | |
| Purchase | 2/9/2024 | 66,255 | 122.4146 | $8,110,579.32 | | | | | |
| Purchase | 2/12/2024 | 90,476 | 119.1121 | $10,776,786.36 | | | | | |
| Purchase | 2/20/2024 | 32,881 | 118.6334 | $3,900,784.83 | | | | | |
| Purchase | 3/4/2024 | 83,307 | 122.1035 | $10,172,076.27 | | | | | |
| Purchase | 3/6/2024 | 91,695 | 126.0682 | $11,559,823.60 | Sale | 7/19/2024 | (146,757) | 111.3078 | ($16,335,198.80) |
| Purchase | 3/6/2024 | 128,810 | 131.6036 | $16,951,859.72 | Sale | 7/22/2024 | (54,528) | 111.5750 | ($6,083,961.60) |
| Purchase | 3/8/2024 | 55,931 | 134.9176 | $7,546,076.29 | Sale | 7/22/2024 | (1,520) | 112.0044 | ($170,246.69) |
| Purchase | 3/11/2024 | 12,180 | 134.8014 | $1,641,881.05 | Sale | 7/23/2024 | (102,105) | 112.4907 | ($11,485,862.92) |
| Purchase | 3/25/2024 | 44,117 | 139.5990 | $6,158,689.08 | Sale | 7/23/2024 | (98,857) | 112.3328 | ($11,104,883.61) |
| Purchase | 4/26/2024 | 12,386 | 131.8279 | $1,632,820.37 | Sale | 7/24/2024 | (81,485) | 111.8724 | ($9,115,922.51) |
| Purchase | 4/26/2024 | 164,918 | 129.5406 | $21,363,576.67 | Sale | 7/26/2024 | (1,165,338) | 63.8185 | ($74,370,123.15) |
| | | 1,650,590 | | $209,993,331.22 | | | (1,650,590) | | ($128,666,199.29) |
| | | | | | | **UniGlobal Vorsorge Loss** | | | **($81,327,131.93)** |
| **UniGlobal** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/9/2024 | 126,081 | 130.2149 | $16,417,624.81 | | | | | |
| Purchase | 1/11/2024 | 130,747 | 128.8511 | $16,846,894.77 | | | | | |
| Purchase | 1/12/2024 | 125,810 | 125.7308 | $15,818,191.95 | | | | | |
| Purchase | 1/16/2024 | 102,065 | 124.0671 | $12,662,908.56 | | | | | |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/18/2024 | 61,390 | 126.8124 | $7,785,013.24 | | | | | |
| Purchase | 1/19/2024 | 35,313 | 125.9158 | $4,446,464.65 | | | | | |
| Purchase | 1/22/2024 | 73,569 | 129.4418 | $9,522,903.78 | | | | | |
| Purchase | 2/9/2024 | 83,671 | 123.0639 | $10,296,879.58 | | | | | |
| Purchase | 2/9/2024 | 56,559 | 122.4146 | $6,923,647.36 | | | | | |
| Purchase | 2/12/2024 | 77,313 | 119.1121 | $9,208,913.79 | | | | | |
| Purchase | 2/20/2024 | 28,149 | 118.6334 | $3,339,411.58 | | | | | |
| Purchase | 3/4/2024 | 71,040 | 122.1035 | $8,674,232.64 | | | | | |
| Purchase | 3/6/2024 | 78,348 | 126.0682 | $9,877,191.33 | Sale | 7/19/2024 | (127,199) | 111.3078 | ($14,158,240.85) |
| Purchase | 3/6/2024 | 110,061 | 131.6036 | $14,484,423.82 | Sale | 7/22/2024 | (47,260) | 111.5750 | ($5,273,034.50) |
| Purchase | 3/8/2024 | 47,732 | 134.9176 | $6,439,886.88 | Sale | 7/22/2024 | (1,318) | 112.0044 | ($147,621.80) |
| Purchase | 3/11/2024 | 10,395 | 134.8014 | $1,401,260.55 | Sale | 7/23/2024 | (88,497) | 112.4907 | ($9,955,089.48) |
| Purchase | 3/25/2024 | 37,802 | 139.5990 | $5,277,121.40 | Sale | 7/23/2024 | (85,682) | 112.3328 | ($9,624,898.97) |
| Purchase | 4/26/2024 | 11,098 | 131.8279 | $1,463,026.03 | Sale | 7/24/2024 | (70,626) | 111.8724 | ($7,901,100.12) |
| Purchase | 4/26/2024 | 147,769 | 129.5406 | $19,142,084.92 | Sale | 7/26/2024 | (994,330) | 63.8185 | ($63,456,649.11) |
| | | 1,414,912 | | $180,028,081.64 | | | (1,414,912) | | ($110,516,634.83) |

| | | | | | | | **UniGlobal Loss** | | **($69,511,446.81)** |
|---|---|---|---|---|---|---|---|---|---|

**UniNachhaltig Aktien Global**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/7/2024 | 355,218 | 134.0822 | $47,628,410.92 | Sale | 7/26/2024 | (251,673) | 63.8185 | ($16,061,393.35) |
| Purchase | 3/8/2024 | 118,212 | 134.9176 | $15,948,879.33 | Sale | 7/31/2024 | (104,669) | 68.1055 | ($7,128,534.58) |
| Purchase | 3/11/2024 | 25,742 | 134.8014 | $3,470,057.64 | Sale | 8/1/2024 | (142,830) | 69.5400 | ($9,932,398.20) |
| | | 499,172 | | $67,047,347.89 | | | (499,172) | | ($33,122,326.13) |

| | | | | | | **UniNachhaltig Aktien Global Loss** | | | **($33,925,021.76)** |
|---|---|---|---|---|---|---|---|---|---|

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniRak** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 4/2/2024 | 169,347 | 136.5568 | $23,125,484.41 | | | | | |
| Purchase | 4/3/2024 | 196,659 | 138.8311 | $27,302,385.29 | | | | | |
| Purchase | 6/5/2024 | 100,794 | 119.3112 | $12,025,853.09 | Sale | 7/26/2024 | (466,800) | 63.8185 | ($29,790,475.80) |
| | | 466,800 | | $62,453,722.80 | | | (466,800) | | ($29,790,475.80) |
| | | | | | | | **UniRak Loss** | | **($32,663,247.00)** |
| **UniGlobal-net-** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/9/2024 | 57,823 | 130.2149 | $7,529,416.16 | | | | | |
| Purchase | 1/11/2024 | 59,919 | 128.8511 | $7,720,629.06 | | | | | |
| Purchase | 1/12/2024 | 57,685 | 125.7308 | $7,252,781.20 | | | | | |
| Purchase | 1/16/2024 | 46,798 | 124.0671 | $5,806,092.15 | | | | | |
| Purchase | 1/18/2024 | 28,156 | 126.8124 | $3,570,529.93 | | | | | |
| Purchase | 1/19/2024 | 16,201 | 125.9158 | $2,039,961.88 | | | | | |
| Purchase | 1/22/2024 | 33,750 | 129.4418 | $4,368,660.75 | | | | | |
| Purchase | 2/9/2024 | 38,478 | 123.0639 | $4,735,252.74 | | | | | |
| Purchase | 2/9/2024 | 26,010 | 122.4146 | $3,184,003.75 | | | | | |
| Purchase | 2/12/2024 | 35,507 | 119.1121 | $4,229,313.33 | | | | | |
| Purchase | 2/20/2024 | 12,945 | 118.6334 | $1,535,709.36 | | | | | |
| Purchase | 3/4/2024 | 32,708 | 122.1035 | $3,993,761.28 | | | | | |
| Purchase | 3/6/2024 | 36,193 | 126.0682 | $4,562,786.36 | Sale | 7/19/2024 | (60,117) | 111.3078 | ($6,691,491.01) |
| Purchase | 3/6/2024 | 50,843 | 131.6036 | $6,691,121.83 | Sale | 7/22/2024 | (22,336) | 111.5750 | ($2,492,139.20) |
| Purchase | 3/8/2024 | 22,054 | 134.9176 | $2,975,472.75 | Sale | 7/22/2024 | (623) | 112.0044 | ($69,778.74) |
| Purchase | 3/11/2024 | 4,803 | 134.8014 | $647,451.12 | Sale | 7/23/2024 | (41,826) | 112.4907 | ($4,705,036.02) |
| Purchase | 3/25/2024 | 17,464 | 139.5990 | $2,437,956.94 | Sale | 7/23/2024 | (40,495) | 112.3328 | ($4,548,916.74) |
| Purchase | 4/26/2024 | 5,659 | 131.8279 | $746,014.09 | Sale | 7/24/2024 | (33,380) | 111.8724 | ($3,734,300.71) |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/26/2024 | 75,346 | 129.5406 | $9,760,366.05 | Sale | 7/26/2024 | (459,565) | 63.8185 | ($29,328,748.95) |
| | | 658,342 | | $83,787,280.74 | | | (658,342) | | ($51,570,411.37) |
| | | | | | | | | | |
| | | | | | | | **UniGlobal-net- Loss** | | **($32,216,869.36)** |

**UniRak Nachhaltig**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 7/26/2024 | (135,295) | 63.8185 | ($8,634,323.96) |
| | | | | | Sale | 7/31/2024 | (30,566) | 69.6553 | ($2,129,083.90) |
| | | | | | Sale | 7/31/2024 | (56,383) | 68.1055 | ($3,839,992.41) |
| | | | | | Sale | 7/31/2024 | (6,296) | 69.6545 | ($438,544.73) |
| Purchase | 3/19/2024 | 124,968 | 133.6809 | $16,705,834.71 | Sale | 7/31/2024 | (23,984) | 70.3955 | ($1,688,365.67) |
| Purchase | 3/21/2024 | 67,675 | 134.2746 | $9,087,033.56 | Sale | 7/31/2024 | (10,494) | 70.0436 | ($735,037.54) |
| Purchase | 3/25/2024 | 89,057 | 137.5837 | $12,252,791.57 | Sale | 8/1/2024 | (18,682) | 69.5400 | ($1,299,146.28) |
| | | 281,700 | | $38,045,659.84 | | | (281,700) | | ($18,764,494.49) |
| | | | | | | | | | |
| | | | | | | | **UniRak Nachhaltig Loss** | | **($19,281,165.35)** |

**UniRak Nachhaltig Konservativ**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 7/26/2024 | (121,044) | 63.8185 | ($7,724,846.51) |
| | | | | | Sale | 7/31/2024 | (36,644) | 69.6553 | ($2,552,448.81) |
| | | | | | Sale | 7/31/2024 | (50,324) | 68.1055 | ($3,427,341.18) |
| | | | | | Sale | 7/31/2024 | (7,548) | 69.6545 | ($525,752.17) |
| Purchase | 3/19/2024 | 117,470 | 133.6809 | $15,703,495.32 | Sale | 7/31/2024 | (28,754) | 70.3955 | ($2,024,152.21) |
| Purchase | 3/21/2024 | 63,354 | 134.2746 | $8,506,833.01 | Sale | 7/31/2024 | (12,581) | 70.0436 | ($881,218.53) |
| Purchase | 3/26/2024 | 92,808 | 140.6897 | $13,057,129.68 | Sale | 8/1/2024 | (16,737) | 69.5400 | ($1,163,890.98) |
| | | 273,632 | | $37,267,458.01 | | | (273,632) | | ($18,299,650.39) |
| | | | | | | | | | |
| | | | | | | | **UniRak Nachhaltig Konservativ Loss** | | **($18,967,807.62)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniIndustrie 4.0** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/7/2024 | 72,000 | 135.6092 | $9,763,862.40 | | | | | |
| Purchase | 3/21/2024 | 10,000 | 133.6013 | $1,336,013.00 | | | | | |
| Purchase | 6/18/2024 | 19,861 | 116.9290 | $2,322,326.87 | Sale | 7/26/2024 | (101,861) | 63.8185 | ($6,500,616.23) |
| | | 101,861 | | $13,422,202.27 | | | (101,861) | | ($6,500,616.23) |
| | | | | | | **UniIndustrie 4.0 Loss** | | | **($6,921,586.04)** |
| **UniRak Konservativ** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/28/2024 | 59,819 | 140.1300 | $8,382,436.47 | | | | | |
| Purchase | 6/5/2024 | 16,781 | 119.3112 | $2,002,161.25 | Sale | 7/26/2024 | (76,600) | 63.8185 | ($4,888,497.10) |
| | | 76,600 | | $10,384,597.72 | | | (76,600) | | ($4,888,497.10) |
| | | | | | | **UniRak Konservativ Loss** | | | **($5,496,100.62)** |
| **UniSector: BioPharma** | | | | | | | | | |
| Pre-class holdings | | 83,676 | | | Sale | 7/30/2024 | (83,676) | 69.0214 | ($5,775,434.67) |
| | | | | | *Sales offsetting against opening balance* | | (83,676) | | ($5,775,434.67) |
| Purchase | 1/16/2024 | 32,090 | 123.8217 | $3,973,438.35 | | | | | |
| Purchase | 2/9/2024 | 18,391 | 122.4146 | $2,251,326.91 | | | | | |
| Purchase | 3/12/2024 | 11,257 | 134.7242 | $1,516,590.32 | Sale | 7/26/2024 | (35,924) | 63.8185 | ($2,292,615.79) |
| Purchase | 7/17/2024 | 16,750 | 116.3915 | $1,949,557.63 | Sale | 7/30/2024 | (42,564) | 69.0214 | ($2,937,826.87) |
| | | 78,488 | | $9,690,913.21 | | | (78,488) | | ($5,230,442.66) |
| | | | | | | **UniSector: BioPharma Loss** | | | **($4,460,470.54)** |

**Union Asset Management Holding AG**

LIFO Loss in DexCom Inc. (DXCM)

Class Period: 01/08/24 - 09/17/25

CUSIP: 252131107

Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Uni21.Jahrhundert -net-** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/9/2024 | 29,565 | 131.4035 | $3,884,944.48 | | | | | |
| Purchase | 2/13/2024 | 5,015 | 118.7189 | $595,375.28 | | | | | |
| Purchase | 3/7/2024 | 22,071 | 135.6092 | $2,993,030.65 | Sale | 7/26/2024 | (56,651) | 63.8185 | ($3,615,381.84) |
| | | 56,651 | | $7,473,350.41 | | | (56,651) | | ($3,615,381.84) |
| | | | | | | **Uni21.Jahrhundert -net- Loss** | | | **($3,857,968.57)** |
| **UniMarktführer** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 4/26/2024 | 42,581 | 135.4025 | $5,765,573.85 | | | | | |
| Purchase | 5/2/2024 | 10,012 | 126.8084 | $1,269,605.70 | Sale | 7/26/2024 | (52,593) | 63.8185 | ($3,356,406.37) |
| | | 52,593 | | $7,035,179.55 | | | (52,593) | | ($3,356,406.37) |
| | | | | | | **UniMarktführer Loss** | | | **($3,678,773.18)** |
| **UniGlobal II** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/9/2024 | 4,953 | 130.2149 | $644,954.40 | | | | | |
| Purchase | 1/11/2024 | 5,184 | 128.8511 | $667,964.10 | | | | | |
| Purchase | 1/12/2024 | 5,005 | 125.7308 | $629,282.65 | | | | | |
| Purchase | 1/16/2024 | 4,060 | 124.0671 | $503,712.43 | | | | | |
| Purchase | 1/18/2024 | 2,432 | 126.8124 | $308,407.76 | | | | | |
| Purchase | 1/19/2024 | 1,396 | 125.9158 | $175,778.46 | | | | | |
| Purchase | 1/22/2024 | 2,920 | 129.4418 | $377,970.06 | | | | | |
| Purchase | 2/9/2024 | 3,463 | 123.0639 | $426,170.29 | | | | | |
| Purchase | 2/9/2024 | 2,341 | 122.4146 | $286,572.58 | | | | | |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/12/2024 | 3,204 | 119.1121 | $381,635.17 | | | | | |
| Purchase | 2/20/2024 | 1,181 | 118.6334 | $140,106.05 | | | | | |
| Purchase | 2/23/2024 | 3,013 | 116.5243 | $351,087.72 | | | | | |
| Purchase | 3/4/2024 | 3,071 | 122.1035 | $374,979.85 | | | | | |
| Purchase | 3/6/2024 | 3,394 | 126.0682 | $427,875.47 | Sale | 7/19/2024 | (4,606) | 111.3078 | ($512,683.73) |
| Purchase | 3/6/2024 | 4,767 | 131.6036 | $627,354.36 | Sale | 7/22/2024 | (1,712) | 111.5750 | ($191,016.40) |
| Purchase | 3/8/2024 | 2,068 | 134.9176 | $279,009.60 | Sale | 7/22/2024 | (48) | 112.0044 | ($5,376.21) |
| Purchase | 3/11/2024 | 450 | 134.8014 | $60,660.63 | Sale | 7/23/2024 | (3,205) | 112.4907 | ($360,532.69) |
| Purchase | 3/25/2024 | 1,625 | 139.5990 | $226,848.38 | Sale | 7/23/2024 | (3,103) | 112.3328 | ($348,568.68) |
| Purchase | 4/26/2024 | 453 | 131.8279 | $59,718.04 | Sale | 7/24/2024 | (2,557) | 111.8724 | ($286,057.73) |
| Purchase | 4/26/2024 | 6,035 | 129.5406 | $781,777.52 | Sale | 7/26/2024 | (45,784) | 63.8185 | ($2,921,866.20) |
| | | 61,015 | | $7,731,865.49 | | | (61,015) | | ($4,626,101.64) |

**UniGlobal II Loss**    **($3,105,763.85)**

**VBWL Spezialfonds**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/21/2024 | 28,000 | 135.6478 | $3,798,138.40 | | | | | |
| Purchase | 4/18/2024 | 8,000 | 135.7498 | $1,085,998.40 | Retained | | (36,000) | 64.8776 | ($2,335,594.29) |
| | | 36,000 | | $4,884,136.80 | | | (36,000) | | ($2,335,594.29) |

**VBWL Spezialfonds Loss**    **($2,548,542.51)**

**Invest Global**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/9/2024 | 4,287 | 130.2149 | $558,231.28 | | | | | |
| Purchase | 1/11/2024 | 4,439 | 128.8511 | $571,970.03 | | | | | |
| Purchase | 1/12/2024 | 4,269 | 125.7308 | $536,744.79 | | | | | |
| Purchase | 1/16/2024 | 3,463 | 124.0671 | $429,644.37 | | | | | |
| Purchase | 1/18/2024 | 2,076 | 126.8124 | $263,262.54 | | | | | |
| Purchase | 1/19/2024 | 1,195 | 125.9158 | $150,469.38 | | | | | |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/22/2024 | 2,487 | 129.4418 | $321,921.76 | | | | | |
| Purchase | 2/9/2024 | 2,803 | 123.0639 | $344,948.11 | | | | | |
| Purchase | 2/9/2024 | 1,895 | 122.4146 | $231,975.67 | | | | | |
| Purchase | 2/12/2024 | 2,586 | 119.1121 | $308,023.89 | | | | | |
| Purchase | 2/20/2024 | 939 | 118.6334 | $111,396.76 | | | | | |
| Purchase | 3/4/2024 | 2,364 | 122.1035 | $288,652.67 | | | | | |
| Purchase | 3/6/2024 | 2,599 | 126.0682 | $327,651.25 | Sale | 7/19/2024 | (4,054) | 111.3078 | ($451,241.82) |
| Purchase | 3/6/2024 | 3,651 | 131.6036 | $480,484.74 | Sale | 7/22/2024 | (1,506) | 111.5750 | ($168,031.95) |
| Purchase | 3/8/2024 | 1,584 | 134.9176 | $213,709.48 | Sale | 7/22/2024 | (42) | 112.0044 | ($4,704.18) |
| Purchase | 3/11/2024 | 345 | 134.8014 | $46,506.48 | Sale | 7/23/2024 | (2,820) | 112.4907 | ($317,223.77) |
| Purchase | 3/25/2024 | 1,247 | 139.5990 | $174,079.95 | Sale | 7/23/2024 | (2,730) | 112.3328 | ($306,668.54) |
| Purchase | 4/26/2024 | 288 | 131.8279 | $37,966.44 | Sale | 7/24/2024 | (2,251) | 111.8724 | ($251,824.77) |
| Purchase | 4/26/2024 | 3,834 | 129.5406 | $496,658.66 | Sale | 7/26/2024 | (32,948) | 63.8185 | ($2,102,691.94) |
| | | 46,351 | | $5,894,298.25 | | | | | ($3,602,386.98) |

**Invest Global Loss    ($2,291,911.27)**

**UniSector: HighTech**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 7/25/2025 | 150,000 | 87.9834 | $13,197,510.00 | Sale | 8/28/2025 | (150,000) | 74.8055 | ($11,220,825.00) |
| | | 150,000 | | $13,197,510.00 | | | (150,000) | | ($11,220,825.00) |

**UniSector: HighTech Loss    ($1,976,685.00)**

**UniDynamicFonds: Global**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/7/2024 | 41,583 | 115.1207 | $4,787,064.07 | Sale | 7/30/2024 | (41,583) | 69.0831 | ($2,872,682.55) |
| | | 41,583 | | $4,787,064.07 | | | (41,583) | | ($2,872,682.55) |

**UniDynamicFonds: Global Loss    ($1,914,381.52)**

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **PrivatFonds: Kontrolliert** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/22/2024 | 29,018 | 133.7216 | $3,880,333.39 | Sale | 9/25/2024 | (29,018) | 67.9769 | ($1,972,553.68) |
| | | 29,018 | | $3,880,333.39 | | | (29,018) | | ($1,972,553.68) |
| | | | | | | **PrivatFonds: Kontrolliert Loss** | | | **($1,907,779.70)** |
| **UniInstitutional Global Equities Concentrated** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/8/2024 | 21,330 | 134.9176 | $2,877,792.41 | | | | | |
| Purchase | 3/11/2024 | 4,645 | 134.8014 | $626,152.50 | Sale | 7/26/2024 | (25,975) | 63.8185 | ($1,657,685.54) |
| | | 25,975 | | $3,503,944.91 | | | (25,975) | | ($1,657,685.54) |
| | | | | | **UniInstitutional Global Equities Concentrated Loss** | | | | **($1,846,259.37)** |
| **KCD-Union Nachhaltig AKTIEN** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 7/10/2024 | 24,270 | 110.1651 | $2,673,706.98 | Sale | 8/23/2024 | (24,270) | 72.6212 | ($1,762,516.52) |
| | | 24,270 | | $2,673,706.98 | | | (24,270) | | ($1,762,516.52) |
| | | | | | **KCD-Union Nachhaltig AKTIEN Loss** | | | | **($911,190.45)** |
| **MKD-Union-Fonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/7/2024 | 7,542 | 134.0822 | $1,011,247.95 | Sale | 7/26/2024 | (5,047) | 63.8185 | ($322,091.97) |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/8/2024 | 2,510 | 134.9176 | $338,643.18 | Sale | 7/31/2024 | (2,115) | 68.1055 | ($144,043.13) |
| Purchase | 3/11/2024 | 546 | 134.8014 | $73,601.56 | Sale | 8/1/2024 | (3,436) | 69.5400 | ($238,939.44) |
| | | 10,598 | | $1,423,492.69 | | | (10,598) | | ($705,074.54) |

| | | | | | **MKD-Union-Fonds Loss** | | | | **($718,418.15)** |
|---|---|---|---|---|---|---|---|---|---|

**PrivatFonds: Nachhaltig**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 2/6/2024 | 4,293 | 121.8887 | $523,268.19 | | | | | |
| Purchase | 3/15/2024 | 4,472 | 130.7900 | $584,892.88 | Sale | 8/23/2024 | (8,765) | 72.6212 | ($636,524.82) |
| | | 8,765 | | $1,108,161.07 | | | (8,765) | | ($636,524.82) |

| | | | | | **PrivatFonds: Nachhaltig Loss** | | | | **($471,636.25)** |
|---|---|---|---|---|---|---|---|---|---|

**DEVIF-Fonds Nr. 76**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 5/8/2024 | 5,861 | 130.0004 | $761,932.34 | Sale | 7/26/2024 | (5,861) | 66.0275 | ($386,987.18) |
| | | 5,861 | | $761,932.34 | | | (5,861) | | ($386,987.18) |

| | | | | | **DEVIF-Fonds Nr. 76 Loss** | | | | **($374,945.17)** |
|---|---|---|---|---|---|---|---|---|---|

**UniNordamerika XS**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 6/6/2024 | 6,324 | 116.2384 | $735,091.64 | Sale | 7/30/2024 | (6,324) | 69.9620 | ($442,439.69) |
| | | 6,324 | | $735,091.64 | | | (6,324) | | ($442,439.69) |

| | | | | | **UniNordamerika XS Loss** | | | | **($292,651.95)** |
|---|---|---|---|---|---|---|---|---|---|

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **VR Mainfranken Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 4/11/2024 | 3,500 | 139.6200 | $488,670.00 | Sale | 9/17/2024 | (3,500) | 68.9400 | ($241,290.00) |
| | | 3,500 | | $488,670.00 | | | (3,500) | | ($241,290.00) |
| | | | | | **VR Mainfranken Nachhaltig Loss** | | | | **($247,380.00)** |
| **UIN-Fonds Nr. 759** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 6/11/2024 | (1,000) | 116.8806 | ($116,880.60) |
| | | | | | Sale | 7/9/2024 | (522) | 110.8410 | ($57,859.00) |
| Purchase | 3/28/2024 | 4,500 | 139.9329 | $629,698.05 | Sale | 8/8/2024 | (2,978) | 71.5398 | ($213,045.52) |
| | | 4,500 | | $629,698.05 | | | (4,500) | | ($387,785.13) |
| | | | | | **UIN-Fonds Nr. 759 Loss** | | | | **($241,912.92)** |
| **UIN-Fonds Nr. 982** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 7/2/2024 | 3,320 | 111.9270 | $371,597.64 | | | | | |
| Purchase | 12/18/2024 | 1,440 | 76.9144 | $110,756.74 | | | | | |
| Purchase | 2/24/2025 | 1,540 | 90.0211 | $138,632.49 | | | | | |
| Purchase | 3/3/2025 | 350 | 86.8845 | $30,409.58 | Retained | | (6,650) | 64.8776 | ($431,436.17) |
| | | 6,650 | | $651,396.45 | | | (6,650) | | ($431,436.17) |
| | | | | | **UIN-Fonds Nr. 982 Loss** | | | | **($219,960.28)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 38** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 7/31/2024 | (2,077) | 69.5500 | ($144,455.35) |
| Purchase | 6/14/2024 | 4,259 | 115.5082 | $491,949.42 | Sale | 9/11/2024 | (2,182) | 68.1871 | ($148,784.25) |
| | | 4,259 | | $491,949.42 | | | (4,259) | | ($293,239.60) |
| | | | | | **DEVIF-Fonds Nr. 38 Loss** | | | | **($198,709.82)** |
| **KinderZukunftsFonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/8/2024 | 2,000 | 134.0043 | $268,008.60 | | | | | |
| Purchase | 3/13/2024 | 1,000 | 136.1000 | $136,100.00 | Sale | 8/22/2024 | (3,000) | 73.6499 | ($220,949.70) |
| | | 3,000 | | $404,108.60 | | | (3,000) | | ($220,949.70) |
| | | | | | **KinderZukunftsFonds Loss** | | | | **($183,158.90)** |
| **DEVIF-Fonds Nr. 74** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 4/25/2024 | 2,370 | 138.9289 | $329,261.49 | Sale | 9/20/2024 | (2,370) | 71.3292 | ($169,050.20) |
| | | 2,370 | | $329,261.49 | | | (2,370) | | ($169,050.20) |
| | | | | | **DEVIF-Fonds Nr. 74 Loss** | | | | **($160,211.29)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 67** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 5/3/2024 | 2,200 | 127.9011 | $281,382.42 | | | | | |
| Purchase | 7/12/2024 | 500 | 112.6500 | $56,325.00 | Sale | 7/30/2024 | (2,700) | 69.0307 | ($186,382.89) |
| | | 2,700 | | $337,707.42 | | | (2,700) | | ($186,382.89) |
| | | | | | | | | | |
| | | | | | | | **DEVIF-Fonds Nr. 67 Loss** | | **($151,324.53)** |
| | | | | | | | | | |
| **UIN-Fonds Nr. 1095** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 3/11/2024 | 2,000 | 134.6727 | $269,345.40 | Sale | 8/2/2024 | (2,000) | 69.2000 | ($138,400.00) |
| | | 2,000 | | $269,345.40 | | | (2,000) | | ($138,400.00) |
| | | | | | | | | | |
| | | | | | | | **UIN-Fonds Nr. 1095 Loss** | | **($130,945.40)** |
| | | | | | | | | | |
| **UniThemen Aktien** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 3/8/2024 | 1,837 | 134.0000 | $246,158.00 | Sale | 7/26/2024 | (1,837) | 66.0000 | ($121,242.00) |
| | | 1,837 | | $246,158.00 | | | (1,837) | | ($121,242.00) |
| | | | | | | | | | |
| | | | | | | | **UniThemen Aktien Loss** | | **($124,916.00)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 35** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 3/26/2024 | 1,565 | 140.9218 | $220,542.62 | Sale | 9/11/2024 | (1,565) | 68.2252 | ($106,772.44) |
| | | 1,565 | | $220,542.62 | | | (1,565) | | ($106,772.44) |
| | | | | | | | | | |
| | | | | | | **DEVIF-Fonds Nr. 35 Loss** | | | **($113,770.18)** |
| | | | | | | | | | |
| **DEVIF-Fonds Nr. 487 NordFonds** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 5/2/2024 | 1,700 | 127.2975 | $216,405.75 | | | | | |
| Purchase | 7/12/2024 | 300 | 112.6500 | $33,795.00 | Sale | 7/30/2024 | (2,000) | 69.0307 | ($138,061.40) |
| | | 2,000 | | $250,200.75 | | | (2,000) | | ($138,061.40) |
| | | | | | | | | | |
| | | | | | | **DEVIF-Fonds Nr. 487 NordFonds Loss** | | | **($112,139.35)** |
| | | | | | | | | | |
| **SV-Union-Fonds** | | | | | | | | | |
| | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | | | | | |
| Purchase | 3/8/2024 | 1,600 | 134.0000 | $214,400.00 | Sale | 8/14/2024 | (1,600) | 70.4000 | ($112,640.00) |
| | | 1,600 | | $214,400.00 | | | (1,600) | | ($112,640.00) |
| | | | | | | | | | |
| | | | | | | **SV-Union-Fonds Loss** | | | **($101,760.00)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **DEVIF-Fonds Nr. 278** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/26/2024 | 4,200 | 140.3368 | $589,414.56 | Sale | 6/24/2024 | (4,200) | 116.1720 | ($487,922.40) |
| | | 4,200 | | $589,414.56 | | | (4,200) | | ($487,922.40) |
| | | | | | | | **DEVIF-Fonds Nr. 278 Loss** | | **($101,492.16)** |
| **UIN-Fonds Nr. 727** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/28/2024 | 1,300 | 139.9329 | $181,912.77 | Sale | 6/28/2024 | (638) | 113.6140 | ($72,485.73) |
| Purchase | 7/8/2024 | 323 | 111.4642 | $36,002.94 | Sale | 8/8/2024 | (985) | 71.5398 | ($70,466.70) |
| | | 1,623 | | $217,915.71 | | | (1,623) | | ($142,952.44) |
| | | | | | | | **UIN-Fonds Nr. 727 Loss** | | **($74,963.27)** |
| **DEVIF-Fonds Nr. 422** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/23/2024 | 669 | 126.9094 | $84,902.39 | | | | | |
| Purchase | 3/27/2024 | 581 | 139.0688 | $80,798.97 | Sale | 8/16/2024 | (1,250) | 72.8870 | ($91,108.75) |
| | | 1,250 | | $165,701.36 | | | (1,250) | | ($91,108.75) |
| | | | | | | | **DEVIF-Fonds Nr. 422 Loss** | | **($74,592.61)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **Werte Fonds Münsterland Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 2/6/2024 | 740 | 121.8887 | $90,197.64 | | | | | |
| Purchase | 3/15/2024 | 644 | 130.7900 | $84,228.76 | Sale | 8/26/2024 | (1,384) | 73.6600 | ($101,945.44) |
| | | 1,384 | | $174,426.40 | | | (1,384) | | ($101,945.44) |
| | | | | | | **Werte Fonds Münsterland Nachhaltig Loss** | | | **($72,480.96)** |
| **TraditionsFonds 1872** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 4/11/2024 | 875 | 139.6200 | $122,167.50 | Sale | 9/17/2024 | (875) | 68.9400 | ($60,322.50) |
| | | 875 | | $122,167.50 | | | (875) | | ($60,322.50) |
| | | | | | | **TraditionsFonds 1872 Loss** | | | **($61,845.00)** |
| **BVK 3** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 1/31/2024 | 597 | 121.0645 | $72,275.51 | | | | | |
| Purchase | 2/21/2024 | 206 | 117.6887 | $24,243.87 | | | | | |
| Purchase | 7/2/2024 | 350 | 111.7612 | $39,116.42 | Sale | 8/13/2024 | (1,153) | 71.5031 | ($82,443.07) |
| | | 1,153 | | $135,635.80 | | | (1,153) | | ($82,443.07) |
| | | | | | | **BVK 3 Loss** | | | **($53,192.72)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniMultiAsset Chance II Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 2/6/2024 | 458 | 121.8887 | $55,825.02 | | | | | |
| Purchase | 3/15/2024 | 510 | 130.7900 | $66,702.90 | Sale | 8/23/2024 | (968) | 72.6212 | ($70,297.32) |
| | | 968 | | $122,527.92 | | | (968) | | ($70,297.32) |
| | | | | | | **UniMultiAsset Chance II Nachhaltig Loss** | | | **($52,230.60)** |
| **UIN-Fonds Nr. 798** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/22/2024 | 800 | 133.4100 | $106,728.00 | Sale | 8/14/2024 | (800) | 70.4000 | ($56,320.00) |
| | | 800 | | $106,728.00 | | | (800) | | ($56,320.00) |
| | | | | | | **UIN-Fonds Nr. 798 Loss** | | | **($50,408.00)** |
| **UIN-Fonds Nr. 950** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/22/2024 | 800 | 133.4100 | $106,728.00 | Sale | 8/14/2024 | (800) | 70.4000 | ($56,320.00) |
| | | 800 | | $106,728.00 | | | (800) | | ($56,320.00) |
| | | | | | | **UIN-Fonds Nr. 950 Loss** | | | **($50,408.00)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UIN-Fonds Nr. 970** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| | | | | | Sale | 7/5/2024 | (220) | 112.2700 | ($24,699.40) |
| Purchase | 3/25/2024 | 920 | 133.3900 | $122,718.80 | Sale | 9/25/2024 | (700) | 68.6100 | ($48,027.00) |
| | | 920 | | $122,718.80 | | | (920) | | ($72,726.40) |
| | | | | | **UIN-Fonds Nr. 970 Loss** | | | | **($49,992.40)** |
| **Demografiefonds** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/28/2024 | 700 | 139.9329 | $97,953.03 | Sale | 8/8/2024 | (700) | 71.5398 | ($50,077.86) |
| | | 700 | | $97,953.03 | | | (700) | | ($50,077.86) |
| | | | | | **Demografiefonds Loss** | | | | **($47,875.17)** |
| **DEVIF-Fonds Nr. 89** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/21/2024 | 550 | 133.4800 | $73,414.00 | Sale | 8/12/2024 | (550) | 69.5800 | ($38,269.00) |
| | | 550 | | $73,414.00 | | | (550) | | ($38,269.00) |
| | | | | | **DEVIF-Fonds Nr. 89 Loss** | | | | **($35,145.00)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UniMultiAsset Chance III Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 2/6/2024 | 296 | 121.8887 | $36,079.06 | | | | | |
| Purchase | 3/15/2024 | 330 | 130.7900 | $43,160.70 | Sale | 8/23/2024 | (626) | 72.6212 | ($45,460.87) |
| | | 626 | | $79,239.76 | | | (626) | | ($45,460.87) |
| | | | | | | **UniMultiAsset Chance III Nachhaltig Loss** | | | **($33,778.88)** |
| **UniMultiAsset Chance I Nachhaltig** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 2/6/2024 | 306 | 121.8887 | $37,297.94 | | | | | |
| Purchase | 3/15/2024 | 311 | 130.7900 | $40,675.69 | Sale | 8/23/2024 | (617) | 72.6212 | ($44,807.28) |
| | | 617 | | $77,973.63 | | | (617) | | ($44,807.28) |
| | | | | | | **UniMultiAsset Chance I Nachhaltig Loss** | | | **($33,166.35)** |
| **DEVIF-Fonds Nr. 349** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 4/18/2024 | 500 | 134.3600 | $67,180.00 | Sale | 8/14/2024 | (500) | 70.4000 | ($35,200.00) |
| | | 500 | | $67,180.00 | | | (500) | | ($35,200.00) |
| | | | | | | **DEVIF-Fonds Nr. 349 Loss** | | | **($31,980.00)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **BBBank Nachhaltigkeit Union** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 3/8/2024 | 400 | 134.0000 | $53,600.00 | Sale | 8/22/2024 | (400) | 73.6700 | ($29,468.00) |
| | | 400 | | $53,600.00 | | | (400) | | ($29,468.00) |
| | | | | | | **BBBank Nachhaltigkeit Union Loss** | | | **($24,132.00)** |
| **LIGA Portfolio Concept** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 11/19/2024 | 1,995 | 74.8800 | $149,385.60 | Sale | 3/28/2025 | (1,995) | 69.5000 | ($138,652.50) |
| | | 1,995 | | $149,385.60 | | | (1,995) | | ($138,652.50) |
| | | | | | | **LIGA Portfolio Concept Loss** | | | **($10,733.10)** |
| **LIGA Multi Asset Income** | | | | | | | | | |
| Pre-class holdings | | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 11/19/2024 | 1,680 | 74.8800 | $125,798.40 | Sale | 3/28/2025 | (1,680) | 69.5000 | ($116,760.00) |
| | | 1,680 | | $125,798.40 | | | (1,680) | | ($116,760.00) |
| | | | | | | **LIGA Multi Asset Income Loss** | | | **($9,038.40)** |

**Union Asset Management Holding AG**
LIFO Loss in DexCom Inc. (DXCM)
Class Period: 01/08/24 - 09/17/25
CUSIP: 252131107
Retained share price: $64.8776 (09/18/25 - 12/16/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **UIN-Fonds Nr. 1035** | | | | | | | | | |
| | Pre-class holdings | 0 | | | Sale | | | | $0.00 |
| | | | | | *Sales offsetting against opening balance* | | 0 | | $0.00 |
| Purchase | 7/30/2024 | 694 | 68.5400 | $47,566.76 | Sale | 9/10/2024 | (694) | 68.4809 | ($47,525.74) |
| | | 694 | | $47,566.76 | | | (694) | | ($47,525.74) |

**UIN-Fonds Nr. 1035 Loss**      **($41.02)**

**TOTAL**      **($333,521,438.31)**