# EXHIBIT D

Nov 25, 2025 4:41 PM Eastern Standard Time

# Labaton Keller Sucharow LLP Announces Expanded Securities Class Action Lawsuit Filed Against DexCom, Inc. and Certain Executives

Share

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") announces that, on November 25, 2025, it filed a securities class action lawsuit (the "Complaint") on behalf of its client Boston Retirement System ("Boston") against DexCom, Inc. ("DexCom" or the "Company") (NASDAQ: DXCM) and certain DexCom officers (collectively, "Defendants"). The action, which is captioned *Boston Retirement System v. DexCom, Inc.*, No. 25-cv-03284 (S.D. Cal Nov. 25, 2025) asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons or entities who purchased or otherwise acquired DexCom securities between January 8, 2024 and September 17, 2025, inclusive (the "Class Period").

The Complaint expands upon the allegations that were asserted in the related actions against DexCom captioned *Prime v. DexCom, Inc.*, No. 25-cv-08912 (S.D.N.Y. Oct. 27, 2025) (the "*Prime* Complaint") and *Oakland County Employees Retirement System et al v. DexCom, Inc.*, No. 25-cv-09370 (S.D.N.Y. Nov. 10, 2025).

Pursuant to the notice published on October 27, 2025, in connection with the filing of the *Prime* Complaint, as required by the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff in these related securities actions pending against Defendants are required to file a motion for appointment as Lead Plaintiff by no later than **December 26, 2025.**

DexCom, headquartered in San Diego, California, is a medical device company that manufactures continuous glucose monitoring ("CGM") systems for diabetes management. The Complaint alleges that Defendants intentionally or recklessly misled investors during the Class Period by failing to disclose that: (i) DexCom had made material design changes to certain CGM products unauthorized by the U.S. Food and Drug Administration (the "FDA"); (ii) these design changes rendered the these CGM products less reliable than their prior iterations, presenting a material health risk to users relying on those devices for accurate glucose readings; (iii) these issues subjected DexCom to an increased risk of heightened regulatory scrutiny and enforcement action as well as significant legal and reputational harm; (iv) based on the foregoing, the Company's CGM sales were negatively impacted; and (v) as a result, Defendants' public statements about the reliability, accuracy, safety, and functionality of their CGMs as well as their financial forecasts were materially false and/or misleading at all relevant times.

Investors began to learn about problems with DexCom's CGM products in a series of disclosures culminating on September 18, 2025 when Hunterbrook Media, an investigative news outlet, issued a report describing accuracy problems with DexCom's CGM devices which have resulted in serious medical problems for patients. On this news, DexCom's stock price fell $8.99 per share, or 11.8 percent, over the following two trading sessions to close at $67.45 per share on September 19, 2025.

If you purchased or acquired DexCom securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **December 26, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor Boehme of Labaton, at +1 (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

Plaintiff Boston is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its

half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts

Connor Boehme, Esq.

Labaton Keller Sucharow LLP

+1 (212) 907-0780

cboehme@labaton.com

**Industry:**        Class Action Lawsuit    Professional Services    Legal



**LABATON KELLER SUCHAROW LLP**

⬈ NASDAQ:DXCM

**RELEASE VERSIONS**

English

**CONTACTS**

Connor Boehme, Esq.
Labaton Keller Sucharow LLP