# EXHIBIT E

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT PRIVATFONDS GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Jochen Wiesbach and Carola Schroeder, hereby declare as follows:

1.  We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under German law by UIP.

3.  On behalf of UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against DexCom, Inc. ("DexCom") and certain of its senior executives on or around 26 December 2025; (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of DexCom.  Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of December, 2025 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

Jochen Wiesbach
Managing Director

Carola Schroeder
Managing Director


For Union Asset Management Holding AG (Assignee):

Jochen Riechwald
Assistant General Counsel

Julia Luther
Senior Legal Counsel

## Schedule A

UniGlobal Vorsorge
UniGlobal
UniNachhaltig Aktien Global
UniRak
UniGlobal-net-
UniRak Konservativ
Uni21.Jahrhundert -net-
VBWL Spezialfonds
Invest Global
PrivatFonds: Kontrolliert
KCD-Union Nachhaltig AKTIEN
UniNordamerika XS
VR Mainfranken Nachhaltig
KinderZukunftsFonds
Werte Fonds Münsterland Nachhaltig
UniMultiAsset Chance II Nachhaltig
UniMultiAsset Chance III Nachhaltig
UniMultiAsset Chance I Nachhaltig
LIGA Multi Asset Income

**DECLARATION OF ASSIGNMENT BY**
**UNION INVESTMENT LUXEMBOURG S.A.**
**TO UNION ASSET MANAGEMENT HOLDING AG**

We, Klaus Bollmann, Kai Nemec and Rolf Knigge, hereby declare as follows:

1. We are Managing Directors of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under Luxembourg law by UIL.

3. On behalf of UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against DexCom, Inc. ("DexCom") and certain of its senior executives on or around 26 December 2025; (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of DexCom. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of December, 2025 in Luxembourg, Luxembourg/Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

| Klaus Bollmann | Kai Nemec | Rolf Knigge |
| --- | --- | --- |
| Managing Director | Managing Director | Managing Director |

For Union Asset Management Holding AG (Assignee):

| Jochen Riechwald | Julia Luther |
| --- | --- |
| Assistant General Counsel | Senior Legal Counsel |

Docusign Envelope ID: 905A0984-16E6-4DCC-8FB2-8A5A67C583D4

## Schedule A

UniRak Nachhaltig
UniRak Nachhaltig Konservativ
UniIndustrie 4.0
UniSector: BioPharma
UniMarktführer
UniGlobal II
UniSector: HighTech
UniDynamicFonds: Global
UniInstitutional Global Equities Concentrated
PrivatFonds: Nachhaltig
UniThemen Aktien
TraditionsFonds 1872
BBBank Nachhaltigkeit Union
LIGA Portfolio Concept

## DECLARATION OF ASSIGNMENT BY
## UNION INVESTMENT INSTITUTIONAL GMBH
## TO UNION ASSET MANAGEMENT HOLDING AG

We, Klaus Bollmann and Leif Schönstedt, hereby declare as follows:

1. We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2. The funds listed in Schedule A (the "Funds") are managed under German law by UIN.

3. On behalf of UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds in an action against DexCom, Inc. ("DexCom") and certain of its senior executives on or around 26 December 2025; (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of DexCom. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of December, 2025 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

| | |
|---|---|
| Klaus Bollmann | Leif Schönstedt |
| Managing Director | Managing Director |

For Union Asset Management Holding AG (Assignee):

| | |
|---|---|
| Jochen Riechwald | Julia Luther |
| Assistant General Counsel | Senior Legal Counsel |

## Schedule A

MKD-Union-Fonds
DEVIF-Fonds Nr. 76
UIN-Fonds Nr. 759
UIN-Fonds Nr. 982
DEVIF-Fonds Nr. 38
DEVIF-Fonds Nr. 74
DEVIF-Fonds Nr. 67
UIN-Fonds Nr. 1095
DEVIF-Fonds Nr. 35
DEVIF-Fonds Nr. 487 NordFonds
SV-Union-Fonds
DEVIF-Fonds Nr. 278
UIN-Fonds Nr. 727
DEVIF-Fonds Nr. 422
BVK 3
UIN-Fonds Nr. 798
UIN-Fonds Nr. 950
UIN-Fonds Nr. 970
Demografiefonds
DEVIF-Fonds Nr. 89
DEVIF-Fonds Nr. 349
UIN-Fonds Nr. 1035