**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIK PRIME, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, and JEREME M. SYLVAIN,<br><br>  Defendants. | Case No. 1:25-cv-08912-KPF |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,<br><br>  Defendants. | Case No. 1:25-cv-09370-KPF<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION AND MOTION OF**
**STATE TEACHERS RETIREMENT SYSTEM OF OHIO**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that class member State Teachers Retirement System of Ohio ("Ohio STRS" or "Movant"), will, and hereby does, move this Court, on a date and at such time as may be designated by the Court, at 40 Foley Square, New York, NY, 10007, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Lead Plaintiff's selection of Lieff Cabraser Heimann & Bernstein LLP and Murray Murphy Moul + Basil LLP as Co-Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated: December 26, 2025         Respectfully submitted,
       New York, New York

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ *Daniel P. Chiplock*
Steven E. Fineman (SF-8481)
Daniel P. Chiplock (DC-1137)
Michael J. Miarmi (MM-1193)
Sharon M. Lee (SL-5612)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Richard M. Heimann
Katherine Lubin Benson
Courtney J. Liss
275 Battery Street, 29th Floor
San Francisco, CA  94111
Tel.:  (415) 956-1000
Facsimile:  (415) 956-1008

- 1 -

**MURRAY MURPHY MOUL + BASIL LLP**
Brian K. Murphy
1114 Dublin Road
Columbus, OH 43215
Telephone:  (614) 488-0400
Facsimile: (614) 488-0401
Email: murphy@mmmb.com

*Counsel for Movant State Teachers Retirement System of
Ohio and Proposed Co-Lead Counsel for the Class*