**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIK PRIME, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, and JEREME M. SYLVAIN,<br><br>Defendants. | Case No. 1:25-cv-08912-KPF |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,<br><br>Defendants. | Case No. 1:25-cv-09370-KPF<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF DANIEL P. CHIPLOCK IN SUPPORT OF MOTION OF**
**STATE TEACHERS RETIREMENT SYSTEM OF OHIO**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

I, Daniel P. Chiplock, declare, under penalty of perjury, the following:

1.      I am a partner with the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser"), counsel for class member State Teachers Retirement System of Ohio ("Ohio STRS" or "Movant"), and proposed Co-Lead Counsel for the class.  I submit this Declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the notice published on *ACCESS Newswire* on October 27, 2025 in connection with the first-filed action in this litigation.

3.      Attached hereto as Exhibit B is a true and correct copy of the Certification of Ohio STRS setting forth its relevant transactions in DexCom, Inc. ("DexCom") securities.

4.      Attached hereto as Exhibit C is a chart analyzing Movant's losses from its relevant transactions in DexCom securities.

5.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Lieff Cabraser.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Murray Murphy Moul + Basil LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:      December 26, 2025                    */s/ Daniel P. Chiplock*
            New York, New York                   Daniel P. Chiplock

- 1 -