# Pomerantz Law Firm Announces the Filing of a Class Action Against DexCom, Inc. and Certain Officers - DXCM

**A** accessnewswire.com/newsroom/en/business-and-professional-services/pomerantz-law-firm-announces-the-filing-of-a-class-action-agains-1092418

Pomerantz LLP



**NEW YORK, NY / [ACCESS Newswire](#) / October 27, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against DexCom, Inc. ("DexCom" or the "Company") (NASDAQ:DXCM) and certain officers.  The class action, filed in the United States District Court for the Southern District of New York, and docketed under 25-cv-08912, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired DexCom securities between July 26, 2024 and September 17, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired DexCom securities during the Class Period, you have until December 26, 2025, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at [www.pomerantzlaw.com](http://www.pomerantzlaw.com).   To discuss this action, contact Danielle Peyton at [newaction@pomlaw.com](mailto:newaction@pomlaw.com) or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

DexCom is a medical device company primarily focused on the design, development, and commercialization of continuous glucose monitoring ("CGM") systems for the management of diabetes and metabolic health. The Company's products include, *inter alia*, the Dexcom G6 and Dexcom G7 systems, which DexCom launched in 2018 and 2023, respectively.

The G7 is DexCom's flagship product and, accordingly, its commercial success is of paramount importance to both investors and Defendants. At all relevant times, Defendants consistently touted the accuracy, reliability, and functionality of the G7, as well as their purported enhancements to the device and the ramping up of its manufacturing facilities. As of the date of the Complaint's filing, DexCom continued to describe the G7 as its "most powerful [CGM] system" and "the most accurate CGM available."

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) DexCom had made material design changes to the G6 and G7 unauthorized by the United States Food and Drug Administration (the "FDA"); (ii) the foregoing design changes rendered the G6 and G7 less reliable than their prior iterations, presenting a material health risk to users relying on those devices for accurate glucose readings; (iii) accordingly, Defendants' purported enhancements to the G7, as well as the device's reliability, accuracy, and functionality, were overstated; (iv) Defendants downplayed the true scope and severity of the issues and health risks posed by adulterated G7 devices; (v) all the foregoing subjected DexCom to an increased risk of heightened regulatory scrutiny and enforcement action, as well as significant legal, reputational, and financial harm; and (vi) as a result, Defendants' public statements were materially false and/or misleading at all relevant times.

On March 7, 2025, DexCom disclosed in an United States Securities and Exchange Commission filing that, three days earlier, it had received a warning letter (the "Warning Letter") from the FDA related to concerns about manufacturing processes and quality management systems at certain of the Company's facilities.

On this news, DexCom's stock price fell $7.12 per share, or 9.15%, to close at $70.72 per share on March 10, 2025, the next trading day.

On March 25, 2025, the FDA published the Warning Letter on its website, revealing that DexCom had "adulterated" its G6 and G7 products by "modif[ying] the G6 and G7 sensors" without prior regulatory approval, thereby subjecting the devices to "larger inaccuracies" that "cause higher risks for users who rely on the sensors to dose insulin or make other diabetes treatment decisions."

On this news, DexCom's stock price fell $3.19 per share, or 4.24%, over the following two trading sessions, to close at $72.13 per share on March 26, 2025.

On September 8, 2025, equity research firm Oppenheimer issued a note downgrading DexCom's rating to "perform" from "outperform." Oppenheimer also removed its $102.00 price target on the Company's stock. Oppenheimer cited, *inter alia*, patient concern with the G7's poor accuracy, failed sensor insertions, abrupt stoppages, and other issues, noting that "field checks point to rising concerns about G7 accuracy/performance."

On this news, DexCom's stock price fell $2.51 per share, or 3.12%, to close at $78.00 per share on September 8, 2025.

Then, on September 18, 2025, Hunterbrook published a report addressing DexCom, entitled "Dexcom's Fatal Flaws". The Hunterbrook report revealed, *inter alia*, that issues and health risks posed by adulterated G7 devices were more severe and widespread than previously disclosed, citing FDA documents it had procured via a Freedom of Information Act request, as well as various

comments from doctors, patients and their families, and former DexCom employees. Specifically, the Hunterbrook report found that "G7 users have been hospitalized and died" following inaccurate glucose readings, linking these deadly incidents to adulterated G7 devices and Defendants' willingness to cut corners to meet margins.

On this news, DexCom's stock price fell $8.99 per share, or 11.76%, over the following two trading sessions, to close at $67.45 per share on September 19, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcome.