### CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Stacey L. Wideman, on behalf of State Teachers Retirement System of Ohio ("Ohio STRS"), certify that:

1. I am the Chief Legal Officer of Ohio STRS.  I am familiar with the matters set forth herein and am duly authorized to execute this certification on behalf of Ohio STRS.

2. I have reviewed the facts and allegations of the complaint filed in this action.

3. Ohio STRS did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

4. Ohio STRS is willing to serve as Lead Plaintiff in these actions.  Ohio STRS understands that the Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

5. Ohio STRS will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Ohio STRS understands that this is not a claim form and that Ohio STRS's ability to share in any recovery as a member of the class is unaffected by Ohio STRS's decision to serve as a representative party or Lead Plaintiff.

7. I have listed all of Ohio STRS's relevant transactions involving DexCom, Inc. securities that are the subject of this action in the attached schedule.

8. During the three years prior to the date of this Certification, Ohio STRS has not sought to serve and it has not served as a representative party for a class in an action filed under the federal securities laws except:

   • *In re Target Corp. Securities Class Action Litigation*, No. 0:25-cv-04380-NEB (D. Minn.) (lead plaintiff motion pending);

   • *State Teachers Retirement System of Ohio, et al. v. ZoomInfo Technologies Inc., et al.*, No. 3:24-cv-05739-TMC (W.D. Wash.) (appointed lead plaintiff);

   • *Coleman v. Charles River Laboratories International, Inc. et al.*, No. 1:23-cv-11132-DJC (D. Mass.) (appointed lead plaintiff);

- *Collinsville Police Pension Board on Behalf of Collinsville Police Pension Fund v. Discovery, Inc., et al.*, Case No. 1:22-cv-08171-VEC (S.D.N.Y.) (appointed lead plaintiff; case dismissed); and

- *Bajjuri, et al. v. Raytheon Technologies Corporation, et al.*, Case No. 4:20-cv-00468-JCH (D. Ariz.) (appointed lead plaintiff; case dismissed).

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

**State Teachers Retirement System of Ohio**

Executed this 23rd day of December, 2025

Stacey L. Wideman, Chief Legal Officer

SCHEDULE A State Teachers Retirement System of Ohio
**DexCom, Inc. (NASDAQ: DXCM)**

Class Period: 1/8/24 - 9/17/25
Pre-class period holdings: 212,600

| Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|
| 2/9/2024 | 20,000 | $122.03 | ($2,440,600.00) | 1/26/2024 | 3,000 | $121.62 | $364,860.00 |
| 2/9/2024 | 23,750 | $122.53 | ($2,910,087.50) | 10/14/2024 | 10,000 | $68.87 | $688,700.00 |
| 2/9/2024 | 6,250 | $123.41 | ($771,311.88) | 10/14/2024 | 30,000 | $69.12 | $2,073,600.00 |
| 2/9/2024 | 10,000 | $120.76 | ($1,207,607.00) | 10/14/2024 | 10,000 | $68.81 | $688,100.00 |
| 2/9/2024 | 40,000 | $121.10 | ($4,843,868.00) | 10/31/2024 | 15,000 | $69.97 | $1,049,550.00 |
| 2/16/2024 | 25,000 | $118.26 | ($2,956,500.00) | 10/31/2024 | 35,000 | $70.66 | $2,473,100.00 |
| 2/16/2024 | 32,969 | $118.48 | ($3,906,167.12) | 11/5/2024 | 28,600 | $69.13 | $1,977,118.00 |
| 2/16/2024 | 22,031 | $118.44 | ($2,609,351.64) | 11/5/2024 | 36,400 | $68.85 | $2,506,140.00 |
| 3/4/2024 | 16,875 | $122.39 | ($2,065,331.25) | 11/8/2024 | 15,577 | $70.67 | $1,100,826.59 |
| 3/4/2024 | 5,625 | $122.37 | ($688,331.25) | 11/8/2024 | 14,423 | $70.29 | $1,013,792.67 |
| 3/4/2024 | 7,500 | $122.35 | ($917,597.25) | 11/11/2024 | 9,750 | $70.18 | $684,214.05 |
| 3/5/2024 | 10,000 | $121.74 | ($1,217,419.00) | 11/11/2024 | 15,250 | $70.30 | $1,072,075.00 |
| 3/11/2024 | 25,000 | $134.70 | ($3,367,500.00) | 11/18/2024 | 24,000 | $76.65 | $1,839,669.60 |
| 4/5/2024 | 60,000 | $137.91 | ($8,274,594.00) | 11/18/2024 | 16,000 | $76.40 | $1,222,400.00 |
| 4/23/2024 | 40,000 | $134.68 | ($5,387,200.00) | 11/19/2024 | 30,000 | $74.95 | $2,248,500.00 |
| 5/23/2024 | 5,000 | $125.59 | ($627,942.00) | 11/20/2024 | 5,000 | $74.02 | $370,100.00 |
| 5/23/2024 | 5,000 | $125.90 | ($629,500.00) | 11/21/2024 | 5,000 | $74.97 | $374,830.00 |
| 5/29/2024 | 6,250 | $127.72 | ($798,279.38) | 11/22/2024 | 17,100 | $72.90 | $1,246,590.00 |
| 5/29/2024 | 6,250 | $127.65 | ($797,812.50) | 11/22/2024 | 27,900 | $72.77 | $2,030,283.00 |
| 6/3/2024 | 2,000 | $114.86 | ($229,710.00) | 12/30/2024 | 3,967 | $78.18 | $310,123.00 |
| 6/3/2024 | 5,500 | $114.76 | ($631,180.00) | 12/30/2024 | 1,547 | $78.45 | $121,362.15 |
| 6/28/2024 | 30,000 | $113.38 | ($3,401,400.00) | 12/30/2024 | 54,486 | $78.36 | $4,269,544.75 |
| 2/18/2025 | 50,000 | $90.64 | ($4,532,120.00) | 12/30/2024 | 20,000 | $78.38 | $1,567,600.00 |
| 3/18/2025 | 88 | $70.42 | ($6,196.96) | 1/29/2025 | 20,000 | $86.32 | $1,726,400.00 |
| 3/18/2025 | 4,912 | $70.43 | ($345,927.60) | 7/11/2025 | 14,800 | $83.37 | $1,233,876.00 |
| 4/4/2025 | 5,000 | $59.21 | ($296,050.00) | 12/3/2025 | 1,506 | $64.51 | $97,149.95 |
| 6/25/2025 | 8,445 | $84.92 | ($717,149.40) | 12/3/2025 | 48,494 | $64.60 | $3,132,848.18 |
| 6/26/2025 | 901 | $85.75 | ($77,260.75) | 12/3/2025 | 999 | $64.52 | $64,455.48 |
| 9/19/2025 | 4 | $67.45 | ($269.80) | 12/3/2025 | 29,001 | $64.60 | $1,873,534.20 |