**Dexcom (DXCM)**
Class Period: 1/8/2024 - 9/17/2025
90-day Lookback Value: $64.88

**Common Stock:**

| Plaintiff | Date | Shares Purchased | Price | Cost | Date | Shares Sold | Price | Proceeds | Shares Retained | Estimated LIFO Gain/(Loss)* |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period** | | | | | | | | | | |
| STRS Ohio | Pre-Class period holdings: 212,600 | | | | | | | | | |
| | | | | | | | | | | |
| **Class Period** | | | | | | | | | | |
| STRS Ohio | 2/9/2024 | 20,000 | $122.0347 | ($2,440,694.00) | 1/26/2024 | 3,000 | $121.6203 | $364,860.90 | | |
| | 2/9/2024 | 23,750 | $122.5251 | ($2,909,971.13) | 10/14/2024 | 10,000 | $68.8709 | $688,709.00 | | |
| | 2/9/2024 | 6,250 | $123.4099 | ($771,311.88) | 10/14/2024 | 30,000 | $69.1196 | $2,073,588.00 | | |
| | 2/9/2024 | 10,000 | $120.7607 | ($1,207,607.00) | 10/14/2024 | 10,000 | $68.8100 | $688,100.00 | | |
| | 2/9/2024 | 40,000 | $121.0967 | ($4,843,868.00) | 10/31/2024 | 15,000 | $69.9733 | $1,049,599.50 | | |
| | 2/16/2024 | 25,000 | $118.2550 | ($2,956,375.00) | 10/31/2024 | 35,000 | $70.6577 | $2,473,019.50 | | |
| | 2/16/2024 | 32,969 | $118.4812 | ($3,906,206.68) | 11/5/2024 | 28,600 | $69.1317 | $1,977,166.62 | | |
| | 2/16/2024 | 22,031 | $118.4378 | ($2,609,303.17) | 11/5/2024 | 36,400 | $68.8466 | $2,506,016.24 | | |
| | 3/4/2024 | 16,875 | $122.3882 | ($2,065,300.88) | 11/8/2024 | 15,577 | $70.6727 | $1,100,868.65 | | |
| | 3/4/2024 | 5,625 | $122.3650 | ($688,303.13) | 11/8/2024 | 14,423 | $70.2876 | $1,013,758.05 | | |
| | 3/4/2024 | 7,500 | $122.3463 | ($917,597.25) | 11/11/2024 | 9,750 | $70.1758 | $684,214.05 | | |
| | 3/5/2024 | 10,000 | $121.7419 | ($1,217,419.00) | 11/11/2024 | 15,250 | $70.3038 | $1,072,132.95 | | |
| | 3/11/2024 | 25,000 | $134.7034 | ($3,367,585.00) | 11/18/2024 | 24,000 | $76.6529 | $1,839,669.60 | | |
| | 4/5/2024 | 60,000 | $137.9099 | ($8,274,594.00) | 11/18/2024 | 16,000 | $76.3951 | $1,222,321.60 | | |
| | 4/23/2024 | 40,000 | $134.6760 | ($5,387,040.00) | 11/19/2024 | 30,000 | $74.9496 | $2,248,488.00 | | |
| | 5/23/2024 | 5,000 | $125.5884 | ($627,942.00) | 11/20/2024 | 5,000 | $74.0220 | $370,110.00 | | |
| | 5/23/2024 | 5,000 | $125.9000 | ($629,500.00) | 11/21/2024 | 5,000 | $74.9660 | $374,830.00 | | |
| | 5/29/2024 | 6,250 | $127.7247 | ($798,279.38) | 11/22/2024 | 17,100 | $72.8971 | $1,246,540.41 | | |
| | 5/29/2024 | 6,250 | $127.6475 | ($797,796.88) | 11/22/2024 | 27,900 | $72.7695 | $2,030,269.05 | | |
| | 6/3/2024 | 2,000 | $114.8550 | ($229,710.00) | 12/30/2024 | 3,967 | $78.1757 | $310,123.00 | | |
| | 6/3/2024 | 5,500 | $114.7647 | ($631,205.85) | 12/30/2024 | 1,547 | $78.4466 | $121,356.89 | | |
| | 6/28/2024 | 30,000 | $113.3800 | ($3,401,400.00) | 12/30/2024 | 54,486 | $78.3604 | $4,269,544.75 | | |
| | 2/18/2025 | 50,000 | $90.6424 | ($4,532,120.00) | 12/30/2024 | 20,000 | $78.3800 | $1,567,600.00 | | |
| | 3/18/2025 | 88 | $70.4226 | ($6,197.19) | 1/29/2025 | 20,000 | $86.3159 | $1,726,318.00 | | |
| | 3/18/2025 | 4,912 | $70.4250 | ($345,927.60) | 7/11/2025 | 14,800 | $83.3700 | $1,233,876.00 | | |
| | 4/4/2025 | 5,000 | $59.2129 | ($296,064.50) | | | | | | |
| | 6/25/2025 | 8,445 | $84.9172 | ($717,125.75) | | | | | | |
| | 6/26/2025 | 901 | $85.7532 | ($77,263.63) | | | | | | |
| **STRS Ohio** | | **474,346** | | **($56,653,708.88)** | | **462,800** | | **$34,253,080.77** | **54,546** | **($22,534,381.51)** |
| | | | | | | | | | | |
| **Post-Class Period** | | | | | | | | | | |
| STRS Ohio | 9/19/2025 | 4 | $67.4500 | | 12/3/2025 | 1,506 | $64.5086 | | | |
| | | | | | 12/3/2025 | 48,494 | $64.6028 | | | |
| | | | | | 12/3/2025 | 999 | $64.5200 | | | |
| | | | | | 12/3/2025 | 29,001 | $64.6024 | | | |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 days after the end of the class period.

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period through the date of the sale for loss calcualtion purposes.