1114 Dublin Road          614  488.0400
Columbus, Ohio 43215     www.mmmb.com

## Murray Murphy Moul + Basil LLP

Attorneys at Law

### RESUME OF MURRAY MURPHY MOUL + BASIL LLP

Murray Murphy Moul + Basil LLP has been extensively engaged in complex class litigation since the firm's inception in 1999. It has litigated numerous issues in a broad range of areas and has extensive experience in class litigation at both the trial and appellate level, including appearing before the United States Supreme Court.  MMM+B has helped recover billions of dollars in relief for consumers, businesses, investors and public pension funds.  The firm's extensive background in complex class actions and commercial litigation has allowed it to help achieve groundbreaking decisions and landmark settlements in a diverse range of cases.

### Securities Litigation

Murray Murphy Moul + Basil LLP has developed into one of the most experienced securities litigation firms in the state of Ohio.  Since 2010, the firm has been a member of the Ohio Attorney General's Securities Panel, providing ongoing advice to the office related to potential securities claims affecting Ohio's public pension funds.  The firm has represented numerous public pension funds for the State of Ohio under both Republican and Democratic administrations since 2006.  The firm has also prosecuted matters on behalf of other large pension funds.  The following is a short summary of a representative sampling of the securities cases the firm has been involved with over the years:

> *In re First Energy Corp. Securities Litigation* (Southern District of Ohio). Murray Murphy Moul + Basil LLP is co-counsel representing lead plaintiff Los Angeles County Employees Retirement Association and a class of investors who purchased FirstEnergy Corp. stock for claims arising from

Murray Murphy Moul + Basil LLP

what federal prosecutors described as the largest public bribery and corruption scheme in Ohio history. The lawsuit alleges that FirstEnergy and its top executives defrauded shareholders by failing to disclose a multi-year, $60 million bribery scheme designed to secure the passage of Ohio House Bill 6 (HB6), a billion-dollar ratepayer-funded bailout for the company's failing nuclear power plants.  When the federal investigation and the role of former Ohio House Speaker Larry Householder were revealed in July 2020, FirstEnergy's stock price plummeted, causing billions of dollars in losses to investors.  The matter is currently pending before Judge Algenon Marbley in the Southern District of Ohio.

*In re Upstart Holding, Inc. Securities Litigation* (Southern District of Ohio). Murray Murphy Moul + Basil LLP serves as co-counsel in one of the first securities cases involving corporate misrepresentations related to the potential and effectiveness of artificial intelligence products.  The action alleges that Upstart, a cloud-based AI lending platform, violated the Securities Exchange Act of 1934 by misleading investors regarding the efficacy and stability of its proprietary AI underwriting model. Key allegations include thqt Defendants allegedly represented that Upstart's AI model was superior to traditional FICO-based underwriting and could "quickly adjust" to changing economic conditions. In reality, the model failed to adequately account for rising interest rates and inflation.  Following a series of disclosures in 2022 regarding interest rate sensitivity and loan retention, Upstart's stock price plummeted, losing over 50% of its value in a single day and causing billions in shareholder losses.  The class was certified in March 2025 and is currently pending before Judge Algenon Marbley in the Southern District of Ohio

*Shenk v. Mallinckrodt, PLC, et al.* (District of Columbia).  Murray Murphy Moul + Basil was co-counsel on behalf of the State Teachers Retirement System of Ohio in a case against Mallinckrodt and its senior officers where they are alleged to have engaged in misrepresentations and material omissions with respect to the company's key drug, H.P. Acthar Gel, that served to artificially inflate Mallinckrodt's stock price during the proposed class period from July 14, 2014 through November 6, 2017.  The case was settled for $65,750,000 and received final Court approval in 2022.

*In re Allergan, Inc. Securities Litigation*, (Central District of California).  Murray Murphy Moul + Basil was co-counsel on behalf of State Teachers Retirement System of Ohio as Co-Lead Plaintiff in a case about an insider trading scheme by billionaire hedge fund manager Bill Ackman and a pharmaceutical company, Valeant Pharmaceuticals International, Inc. ("Valeant"), to cheat Allergan, Inc. ("Allergan") shareholders out of over a billion dollars that rightfully belonged to them.  Specifically, Ackman, through his hedge fund Pershing Square Capital Management, and Valeant conspired to manipulate the securities laws to acquire

Murray Murphy Moul+Basil LLP

Allergan, another pharmaceutical company, at a discount.  The case was settled for $250 million in 2018.

*In re Bank of New York Mellon Corp. Foreign Exchange Transactions Litigation*, (Southern District of New York).  Murray Murphy Moul + Basil was co-counsel on behalf of the School Employees Retirement System and the Ohio Police & Fire Pension Fund in a case where BNYM was alleged to have systematically overcharged custodial clients on standing instructions foreign exchange ("FX") transactions for years by selecting and reporting, with hindsight, FX rates that are less favorable to the client than what BNYM actually paid, and pocketing the difference.  After extensive litigation, including companion cases based on the same conduct filed by the New York Attorney General and United States Department of Justice, a settlement was reached establishing a fund of $490 million to be distributed to class members.  Ohio's pension funds received substantial payouts from the fund, including approximately $25 million going to the State Teachers Retirement System as the largest class claimant.

*In re Cardinal Health Securities Litigation,* (Southern District of Ohio).  Murray Murphy Moul + Basil was co-counsel in this matter, which resulted in a $600 million settlement for the class – the largest securities class action settlement in the history of the Sixth Circuit.  The settlement was approved by the Judge Marbley on November 14, 2007.  The Complaint alleged that Cardinal, and certain of its officers and directors, issued materially false statements concerning the Company's financial condition.  The Complaint was on behalf of all persons who purchased the publicly traded securities of Cardinal Health, Inc. between October 24, 2000 and June 30, 2004 inclusive.  After a review of in excess of 6 million documents and extensive depositions and interviews, and a lengthy and extensive mediation process, the parties entered into the settlement agreement pursuant to which the $600 million settlement fund was created.

*In re Marsh & McLennan Cos., Inc. Securities Litigation,* (Southern District of New York).  Murray Murphy Moul + Basil was appointed by former Attorney General Jim Petro as co-counsel in this matter in which the Public Employees' Retirement System of Ohio, State Teachers' Retirement System of Ohio, and Ohio Bureau of Workers' Compensation were appointed as co-Lead Plaintiffs. The case was settled at the end of 2009 for $400 million.

*In re Abercrombie & Fitch Securities Litigation*, (United States District Court for the Southern District of Ohio).  Murray Murphy Moul + Basil was co-counsel in this PSLRA case which alleged that Abercrombie (a) carried out a scheme to deceive the investing public; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Abercrombie securities.  The Court certified the class and a settlement was eventually reached in the amount of $12 million in the middle of 2010.

3

Murray Murphy Moul + Basil LLP

_Ohio Board of Deferred Compensation v. Pilgrim Baxter & Associates (In Re Pilgrim Baxter)._ This case was a securities class action brought on behalf of purchasers and holders of Pilgrim Baxter mutual funds from Nov. 1, 1998 to Nov. 13, 2003 who were harmed by a pattern of trading practices known as "market timing."  The Ohio Board of Deferred Compensation was appointed as the lead Plaintiff in this litigation and Murray Murphy Moul + Basil served as co-counsel.  The case was settled for $31,538,600 in 2010.

**Other Class Litigation Experience**

Murray Murphy Moul + Basil LLP has served as Lead Class Counsel in prosecuting other large class actions, including _Violette, et al. v. P.A. Days, Inc._, Case No. 2:01-cv-01254 (S.D. Ohio 2004) (Marbley, J.) and _Adkins v. Ricart Properties, et al._ (S.D. Ohio 2004) (Marbley, J.), two certified class actions that included over 100,000 class members.  Similarly, Murray Murphy Moul + Basil LLP served as Co-Lead Counsel in the certified class action of _Mick v. Level Propane Gases, Inc._, 203 F.R.D. 324 (S.D. Ohio 2001) (Sargus, J.).  The firm has also appeared in the United States Supreme Court in a putative class action arising in the Southern District of Ohio.  _Household Credit Services, et al. v. Pfennig_, 124 S. Ct 1741 (2004).

Murray Murphy Moul + Basil LLP has also served as Defense Counsel in two putative class actions asserting claims against Ohio state agencies.  Murray Murphy Moul + Basil LLP was trial counsel in the matter of _S.H and all other similarly situated, et al. v. Taft, et al._, Case No. 2:04-cv-1206 (Smith, J.) and co-counsel in _J.P. and all others similarly situated et al. v. Taft, et al._, Case No. 2:04-cv-692 (Marbley, J.).

Murray Murphy Moul + Basil LLP has extensive experience in litigation class claims under the Telephone Consumer Protection Act including bringing about one of the largest class settlements ever at the time for a class of consumers besieged by telemarketing prerecord robocalls in Desai v. ADT Security Systems, Case No. 11-cv-01925 (N.D. Illinois).  The firm was

4

Co-Lead Counsel on behalf of nationwide class that received $15,000,000 in 2013.  Other significant TCPA class actions in which the firm participated as Co-Lead Counsel include:  Kaiser v. CVS Pharmacy, Inc., et al, USDC, N.D. Ill., Case No 1:14-cv-03687, TCPA class settlement of $15,000,000 granted final approval on January 30, 2020; Johansen v. One Planet Ops Inc., USDC, S.D. Oh., Case No. 2:16-cv-00121, class counsel in certified TCPA class action that subsequently settled and was granted final approval on March 25, 2020; 3) Abramson v. American Advisors Group, Inc., et al., USDC, W.D. Pa., Case No. 2:19-cv-01341-MJH, TCPA class settlement of $3,500,000 granted final approval on September 29, 2020; Bull v. US Coachways, Inc., USDC, N.D. Ill., Case No. 1:14-cv-05789, TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier; Evans v. American Power & Gas, USDC S.D. Oh., Case No. 2:17-cv-515, TCPA class settlement of $6,000,000 granted final approval on December 14, 2018.

Murray Murphy Moul + Basil LLP also served as Lead Counsel in class litigation that have been resolved in favor of the Classes: *Downes v. Ameritech Corp., et al.*, Case No. 99 CH 11356 (Cook County, Illinois), *Bellile v. Ameritech Corp., et al.*, Case No. 99-925403-CP (Wayne County, Michigan), *Gary Phillips & Assoc. v. Ameritech Corp.*, 759 N.E.2d 833 (Franklin County, Ohio) and *Prestemon, et al. v. Echostar Communication and WebTV Networks*, Case No. 2002-053014 (Alameda County, California Sup. Court).