## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK PRIME, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br>       v. <br><br> DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, and JEREME M. SYLVAIN, <br><br>       Defendants. | Case No. 1:25-cv-08912-KPF |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br>       v. <br><br> DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, and SEAN CHRISTENSEN, <br><br>       Defendants. | Case No. 1:25-cv-09370-KPF |

## NOTICE OF NON-OPPOSITION OF
## STATE TEACHERS RETIREMENT SYSTEM OF OHIO

Ohio State Teachers Retirement System ("Ohio STRS") respectfully submits this notice with respect to the pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel.

On December 26, 2025, Ohio STRS filed a motion for an order consolidating the above-captioned actions and appointing Ohio STRS as Lead Plaintiff and approving its selection of Lieff Cabraser Heimann & Bernstein, LLP and Murray Murphy Moul + Basil LLP as Co-Lead Counsel of the Class, reporting that it had incurred a loss of more than $22 million. *See* ECF Nos. 15; 16 at 2, 8. In addition to Ohio STRS, one other Class member filed a motion by the statutory deadline: Union Asset Management Holding AG ("Union"), which claims to have incurred a loss of approximately $333.5 million. *See* ECF No. 11 at 2, 7.

Ohio STRS has reviewed the Lead Plaintiff motion filed by Union and it appears that Ohio STRS does not have the largest financial interest in this action. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Accordingly, Ohio STRS does not oppose Union's motion to be appointed as Lead Plaintiff. Nevertheless, Ohio STRS remains ready, willing, and able to serve as Lead Plaintiff or Class representative if the Court declines to appoint the other movant seeking Lead Plaintiff status, or at any point in the future decides the other movant is no longer suitable to represent the Class in this action.  Ohio STRS reserves any and all rights to share in any recovery in this action as a member of the Class.

Dated: January 9, 2026
       New York, New York

Respectfully submitted,

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
By: /s/ *Daniel P. Chiplock*
Steven E. Fineman (SF-8481)
Daniel P. Chiplock (DC-1137)
Michael J. Miarmi (MM-1193)
Sharon M. Lee (SL-5612)
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Richard M. Heimann
Katherine Lubin Benson
Courtney J. Liss
275 Battery Street, 29th Floor
San Francisco, CA  94111
Tel.:  (415) 956-1000
Facsimile:  (415) 956-1008

**MURRAY MURPHY MOUL + BASIL LLP**
Brian K. Murphy
1114 Dublin Road
Columbus, OH 43215
Telephone:  (614) 488-0400
Facsimile: (614) 488-0401
Email: murphy@mmmb.com

*Counsel for Movant State Teachers Retirement System of Ohio*