UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK PRIME, *individually and on behalf of all others similarly situated*, and UNION ASSET MANAGEMENT HOLDING AG,<br><br>Plaintiffs,<br><br>-v.-<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, and JEREME M. SYLVAIN,<br><br>Defendants. | 25 Civ. 8912 (KPF) |
| OAKLAND COUNTY EMPLOYEES RETIREMENT SYSTEM, *on behalf of itself and all others similarly situated*, and OAKLAND COUNTY VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION,<br><br>Plaintiffs,<br><br>-v.-<br><br>DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, and SEAN CHRISTENSEN<br><br>Defendants. | 25 Civ. 9370 (KPF)<br><br>**ORDER CONSOLIDATING CASES** |

KATHERINE POLK FAILLA, District Judge:

On January 21, 2026, the Court held a conference in the above-captioned cases, during which it addressed Plaintiffs' motion to consolidate the two related cases. (*See* Case No. 25 Civ. 8912, Dkt. #10; Case No. 25 Civ. 9370, Dkt. #16). Because Defendants do not oppose the motion to consolidate, and the cases contain significant legal and factual overlap, Plaintiffs' motion to consolidate is hereby GRANTED.

The Clerk of Court is directed to file this Order in both cases, consolidate the actions under the lead Case No. 25 Civ. 8912, and administratively close Case No. 25 Civ. 9370.  Any future filings by the parties shall be made in the lead case only.  The Clerk of Court is further directed to terminate the pending motions at docket entries 10 and 15 in Case No. 25 Civ. 8912.

SO ORDERED.

Dated: January 30, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge