# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA • DELAWARE

Jorge G. Tenreiro
jorge.tenreiro@blbglaw.com
212-554-1398

February 2, 2026

**Via ECF and Electronic Mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
failla_nysdchambers@nysd.uscourts.gov

Re:   *Prime v. Dexcom, Inc., et al.*, No. 1:25-cv-08912-KPF (S.D.N.Y.)

Dear Judge Failla:

Pursuant to the Court's directive at the January 21, 2026, Lead Plaintiff hearing, Lead Plaintiff Union Asset Management writes to update the Court on the status of *Boston Retirement System v. Dexcom, Inc., et al.*, No. 3:25-cv-03284-WQH-KSC (S.D. Cal.) ("*Boston* Case") and to propose a schedule.

The parties have agreed to litigate this matter in the Southern District of New York. At the request of the parties, on January 27, the named plaintiff in the *Boston* Case filed a notice of voluntary dismissal. *See Boston Retirement System*, ECF No. 17 (S.D. Cal. Jan 27, 2026). On January 29, counsel for Lead Plaintiff notified Judge Hayes of the parties' agreement on venue and the reason for dismissal of the *Boston* Case. On January 30, Judge Hayes approved the dismissal. *Id.,* ECF No. 18 (S.D. Cal. Jan. 30, 2026).

With respect to the schedule for filing an Amended Complaint and motion practice under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the parties jointly propose and ask the Court to enter the following schedule:

- Lead Plaintiff shall file an amended complaint by April 10, 2026;
- Defendants shall file a Rule 12(b)(6) motion or otherwise respond by June 9, 2026;
- Lead Plaintiff shall file its opposition to any motion to dismiss by July 31, 2026; and
- Defendants shall file their reply by September 14, 2026.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Katherine P. Failla
February 2, 2026
Page 2

      Having considered the Court's other suggestions at the Lead Plaintiff hearing, the parties believe that neither a pre-motion hearing nor referral to ADR is currently necessary.

                                    Respectfully submitted,

                                    /s/ *Jorge G. Tenreiro*
                                  Jorge G. Tenreiro

                                  *Lead Counsel for Lead Plaintiff Union Asset Management*

cc:      All counsel of record (via ECF)