**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>      v.<br><br>DEXCOM, INC.,<br>KEVIN R. SAYER,<br>JACOB S. LEACH,<br>JEREME M. SYLVAIN, and<br>SEAN CHRISTENSEN,<br><br>        Defendants. | Case No. 25-cv-8912-KPF |

**NOTICE OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT ON BEHALF OF DEFENDANTS DEXCOM, INC., KEVIN R. SAYER, JACOB S. LEACH, JEREME M. SYLVAIN, AND SEAN CHRISTENSEN**

PLEASE TAKE NOTICE that, upon the Consolidated Amended Class Action Complaint, filed April 10, 2026 (ECF No. 31); the accompanying Memorandum of Law, dated April, filed herewith; the Declaration of Brenna Nelinson, dated June 9, 2026, and exhibits thereto, filed herewith; and upon all prior papers and proceedings herein, Defendants will move this Court, before the Honorable Katherine P. Failla, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Complaint in its entirety with prejudice and granting such other and further relief as this Court may deem just and proper.

1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule (ECF No. 28), entered October February 3, 2026, Plaintiffs' memorandum of law in opposition, if any, must be served on the undersigned counsel by July 31, 2026.

Dated:  June 9, 2026
        New York, New York

Respectfully submitted,

*/s/ Jesse Bernstein*

Jesse Bernstein
Brenna Nelinson
Meg Sanborn-Lowing
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Aveenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com
megsanbornlowing@quinnemanuel.com

Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
valerielozano@quinnemanuel.com

*Counsel for Defendants*

2