quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

September 14, 2026

WRITER'S DIRECT DIAL NO.
**(212) 849-7036**

WRITER'S EMAIL ADDRESS
jessebernstein@quinnemanuel.com

**<u>Via ECF</u>**

The Honorable Katherine Polk Failla
U.S. District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: *Union Asset Management Holding AG v. Dexcom, Inc., et al.*,
Case No. 1:25-cv-08912-KPF (S.D.N.Y.)

Dear Judge Failla:

Pursuant to Rule 4.E of Your Honor's Individual Rules of Practice in Civil Cases, Defendants in the above-referenced action respectfully request oral argument on their Motion to Dismiss (ECF No. 39).

Respectfully submitted,

*/s/ Jesse Bernstein*

Jesse Bernstein

cc: Counsel of record

The Court is in receipt of Defendants' request for oral argument on their Motion to Dismiss (Dkt. #39). If the Court determines that oral argument would be helpful, it will promptly advise the parties.

Dated: September 15, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE